IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:18-cv-00182-RP |
| TERRY CARDELL REYNOLDS d/b/a LONGHORNVILLE LIMITED, | § § § | **JURY DEMANDED** |
| Defendant. | § § | |

**FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT AND DILUTION, UNFAIR COMPETITION, COUNTERFEITING, REFUSAL OF REGISTRATION, AND UNJUST ENRICHMENT**

Plaintiff The Board of Regents of The University of Texas System ("Plaintiff"), appearing through its undersigned counsel, alleges as follows:

**NATURE OF ACTION AND JURISDICTION**

1. This is an action for trademark infringement, unfair competition, counterfeiting, trademark dilution, and refusal of registration under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"); for trademark infringement, trademark dilution, and cancellation of a state trademark registration under the Texas Business and Commerce Code; and for trademark infringement, unfair competition, and unjust enrichment under Texas common law.

2. This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121 and Chapter 85 of the Judiciary and Judicial Procedure Code, 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

**PARTIES**

3.      Plaintiff is a Texas state agency established for the purpose of governing The University of Texas System.  The powers and duties of Plaintiff are set forth generally at Chapter 65 of the Texas Education Code.  Plaintiff maintains its principal office at 201 West 7th Street, Austin, Texas 78701.

4.      Upon information and belief, Defendant Terry Cardell Reynolds d/b/a Longhornville Limited ("Defendant") is an individual residing at 5050 Red Sand Court, El Paso, Texas 79924.

**FACTS**

**A.      THE UNIVERSITY AND ITS TRADEMARKS**

5.      Plaintiff operates a system of world-class universities and related institutions throughout the state of Texas. Plaintiff's flagship academic institution is The University of Texas at Austin ("UT" or the "University").

6.      UT was founded in 1883, and is world-renowned for providing outstanding educational services at the college and graduate levels. The University provides educational programs in a broad spectrum of disciplines such as architecture, business, communication, education, engineering, fine arts, law, liberal arts, nursing, pharmacy, sciences, and social work. Many of UT's educational programs consistently rank among the top schools in the United States in their respective fields.

7.      In addition to providing high-quality educational services, the University actively participates in many collegiate sports, including football, baseball, basketball, cross-country, golf, rowing, soccer, softball, swimming and diving, tennis, track and field, and volleyball.

8.      UT also operates an extensive trademark licensing program, in which it licenses its trademarks and service marks under controlled conditions for use in connection with a wide range of products and services sold to the consuming public. The University's licensed products are extremely popular, and its licensing program has grown to be one of the most successful collegiate licensing programs in the world. UT's school colors are orange and white, and thus its marks and licensed products are typically presented in or on the color orange.

9.      In connection with the University's services, and to promote the services through the sale of licensed products, UT has adopted and has long and continuously used the marks TEXAS, TEXAS FIGHT, WE'RE TEXAS, WE ARE TEXAS, TEXAS LONGHORNS, LONGHORNS, LONGHORN BAND, UNIVERSITY OF TEXAS, UNIVERSITY OF TEXAS LONGHORNS, and various other marks incorporating the marks TEXAS, LONGHORNS, and LONGHORN (collectively, the "TEXAS LONGHORNS Marks").

10.      The University has also adopted and long and continuously used the famous design marks shown below (collectively, the "Design Marks") in connection with its high-quality educational services and athletics programs, as well as on a wide variety of licensed goods.

      

| Longhorn Silhouette Logo | UT Design Mark | HOOK 'EM Hand Symbol | BEVO Design Mark |

11.      In addition to the famous marks depicted above, the University has also adopted several marks depicting the University's most distinguishing landmark—its iconic, 307-foot tower (the "UT Tower"). Completed in 1937, the famous UT Tower, shown below, has served a

commanding position in Austin and throughout the state of Texas as a symbol of academic excellence and personal opportunity.

 

12.    For many years, the University has used various marks depicting the UT Tower, including but not limited to those shown below (the "Tower Marks"), in connection with its educational services, athletics programs, and various licensed products.

 

13.    The University's TEXAS LONGHORNS Marks, Design Marks, and Tower Marks (collectively, the "TEXAS Marks") have been extensively used by UT for decades in connection with its educational services, athletics programs, and music programs, as well as on a wide variety of products and services, including clothing apparel (such as t-shirts) and various other accessories (such as towels, decals, and bumper stickers).

14.    Fans of UT can purchase a wide variety of licensed products adorned with the TEXAS Marks, including but not limited to those shown below.  UT's educational, athletic, and

music programs have been highly successful over the years, and the TEXAS Marks are some of the best known marks in the world of college sports and education.



15.    The University's TEXAS Marks are inherently distinctive and serve to identify and indicate the source of the University's products and services to the consuming public.

16.    As a result of UT's long use and promotion of the TEXAS Marks, the marks have become distinctive to designate the University, to distinguish the University and its products and

services from those of others, and to distinguish the source or origin of UT's products and services. As a result of these efforts by UT, the consuming public in Texas and throughout the United States widely recognizes and associates the TEXAS Marks with the University.

17.     As a result of UT's long use and promotion of the TEXAS Marks, UT has acquired valuable common law rights in the TEXAS Marks.

18.     The TEXAS Marks are famous pursuant to 15 U.S.C. § 1125(c) and TEX. BUS. & COM. CODE § 16.103.

19.     In accordance with the provisions of federal and state law, the University has registered certain of the TEXAS Marks on the Principal Register of the United States Patent and Trademark Office and with the Texas Office of the Secretary of State. *See, e.g.*, U.S. Reg. Nos. 1,501,265; 1,502,270; 1,340,787; 1,351,805; 1,426,639; 1,996,363; 1,234,940; 1,231,408; 1,342,737; 1,456,574; 3,553,699; 1,876,709; 3,653,888; 3,148,092; 3,858,099; 4,103,969; 4,751,660; and 4,535,612; Tex. Reg. Nos. 38977; 38988; 43880; 43882; and 38974. These registrations are valid, subsisting, and the first thirteen are incontestable pursuant to 15 U.S.C. § 1065. True and correct copies of these registrations are attached hereto as **Exhibit A**.

20.     On January 5, 2014, the University announced the hiring of Coach Charlie <u>Strong</u> as the head coach of its football program. In addition, on April 3, 2015, the University announced the hiring of Coach Shaka <u>Smart</u> as the head coach of its men's basketball program. Coach Strong left the football program at the end of 2016.

21.     The University has the right to use the name, likeness, image, signature, voice, and other identifiable features of Coach Smart, and has the right to enforce Coach Smart's proprietary rights therein, during his employment with the University.

**B.     DEFENDANT'S INFRINGING ACTIVITIES**

22.     Defendant is operating an online retail store under the design mark shown below-left at longhornville.bigcartel.com, a Facebook page under the design mark shown below-middle at facebook.com/LONGHORNvillecom-175837059132933, a ReverbNation page under the design mark shown below-left at longhornvillecom.reverbnation.com, a Twitter page under the design mark shown below-right at twitter.com/longhornville, and a LinkedIn page under the design mark shown below-right at linkedin.com/in/longhornville-com-texas-aa570a40.

        

(online store and ReverbNation)        (Facebook page)        (Twitter and LinkedIn)

23.     Defendant has also registered the domain name wearetexas.online.

24.     Through these domain names and pages, as well as offline and previously at longhornville.com, Defendant is using and has used various combinations and variations of the University's TEXAS Marks, including but not limited to TEXAS, TEXAS FIGHT, WE ARE TEXAS, the Longhorn Silhouette Logo, the UT Design Mark, the HOOK 'EM Hand Symbol, and the UT Tower, in connection with the promotion and sale of various products, including but not limited to clothing, accessories, and music. Examples of such uses are shown directly below:

        

 

  

  

25.    Defendant is also using marks confusingly similar to the University's marks and Coach Smart and former Coach Strong's names, such as WE ARE TEXAS, WE ARE SMART, and WE ARE STRONG, on clothing products and accessories, including t-shirts and towels, sold to the public. Examples of such uses are shown directly below:

 

26.     The names and marks used by Defendant, as identified in paragraphs 22-25, are hereinafter referred to as the "Infringing Marks." Representative printouts showing Defendant's past and present use of the Infringing Marks in connection with the sale and promotion of clothing, accessories, and music are attached hereto as **Exhibit B.**

27.     An employee of Plaintiff's counsel purchased t-shirts and a towel bearing the Infringing Marks through shop.longhornville.com (now at longhornville.bigcartel.com). These products are depicted below and were received in packages bearing a return address of Longhornville Limited, 105 West Mary St., Austin, Texas, 78704.









28.    Defendant also applied to register the mark TEXAS FIGHT (U.S. Serial No. 85/884,496) with the United States Patent and Trademark Office ("PTO") for "Clothing, namely, t-shirts, shirts, sweatshirts; wristbands; hats, caps" (the "TEXAS FIGHT Application").

29.    After the TEXAS FIGHT Application was refused registration, Defendant filed a Request for Reconsideration. Defendant admitted in the Request that "The University of Texas – a third-party – has been using this expression and term 'Texas Fight' for going on 150 years." Defendant also admitted that consumers would associate the mark TEXAS FIGHT with The University of Texas and its goods and services. Defendant's Request for Reconsideration and the PTO's denial of that request, are attached hereto as **Exhibit C**. The Trademark Trial and Appeal Board affirmed the PTO's refusal of the registration on August 16, 2017.

30.    On March 21, 2017, Defendant applied to register the mark "WE ARE TEXAS!" (U.S. Ser. No. 87/378,647) with the PTO for "Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms" (the "WE ARE TEXAS! Application"). Defendant submitted the shirt shown below as a specimen of use.



31.    On August 22, 2017, Defendant submitted a substitute specimen displaying the mark "WE ARE TEXAS!" and swore under oath that the specimen had been in use in commerce since at least as early as March 21, 2017. The specimen and affidavit are attached hereto as **Exhibit D**.

32.     On March 21, 2018, after this lawsuit was filed and unbeknownst to Plaintiff, Defendant applied to register the mark "WE ARE TEXAS!" in a "college sketch font" with the Texas Secretary of State. The application and file history are attached as **Exhibit E**.

33.     Because Texas law and the Texas Administrative Code do not allow for oppositions to state trademark applications (instead allowing a party who believes such registration is improper to seek judicial cancellation of such registration, as Plaintiff is doing here), Defendant obtained a state trademark registration for the mark "WE ARE TEXAS!" on July 23, 2018.

34.     Also after this lawsuit was filed, on October 9, 2018, Defendant registered the domain name longhorn-ville.com, which Defendant is using to sell a "RALLY Towel" featuring the Infringing Marks (as shown below). Attached as **Exhibit F** is a true and correct copy of the website resolving from longhorn-ville.com.



35.     Defendant began advertising the towel shown in paragraph 34 on his Facebook page in October 2018 (toward the outset of The University of Texas at Austin football season), claiming that it was an "official rally towel."

36.     For instance, on October 27, 2018 (the date of the UT Austin-Oklahoma State football game), Defendant posted a picture of the towel and a link to longhorn-ville.com with statements such as: "Texas Pride starts here" and "If we win, buy 1 get one FREE. If you order after the game."

37.    Similarly, after this lawsuit was filed, Defendant began selling "WE ARE TEXAS!" t-shirts in a wide variety of Texas schools' color schemes, including burnt orange, at wearetexas.online. That website also features a picture of The University of Texas at Austin Darrell K. Royal Stadium. Attached as **Exhibit G** is a true and correct copy of wearetexas.online.

38.    Recently, in the days surrounding UT Austin football games, Defendant has advertised his "WE ARE TEXAS!" t-shirts and "RALLY Towels" on Facebook, with statements such as "Do you have Texas pride?"

39.    Attached as **Exhibit H** are true and correct copies of select Facebook posts by Defendant since this lawsuit was filed.

40.    Defendant has used and is using the Infringing Marks in commerce. Defendant's use of the Infringing Marks began long after the University developed rights in the TEXAS Marks, and after the University's TEXAS marks became famous.

41.    Defendant is not affiliated with or sponsored by UT and has not been authorized by the University to use the Infringing Marks, the University's TEXAS Marks, Coach Smart's name, or any confusingly similar marks.

42.    The University has repeatedly notified Defendant of UT's rights in the TEXAS Marks, and has made numerous attempts to resolve this dispute with Defendant prior to filing this lawsuit.

43.    Despite the University's attempts to resolve this matter with Defendant amicably, Defendant has not ceased using the Infringing Marks and, indeed, has expanded his use of the Infringing Marks through his registration of longhorn-ville.com, Facebook posts, expansion of wearetexas.online, and sale of products featuring the Infringing Marks.

## C.   EFFECT OF DEFENDANT'S ACTIVITIES

44.   Defendant's unauthorized use of the Infringing Marks is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, at least as to some affiliation, connection, or association of Defendant with UT, or as to the origin, sponsorship, or approval of Defendant's goods and services by the University.

45.   Defendant's unauthorized use of the Infringing Marks falsely designates the origin of his goods and services, and falsely and misleadingly describes and represents facts with respect to Defendant and his goods and services.

46.   Defendant's unauthorized use of the Infringing Marks enables Defendant to trade on and receive the benefit of goodwill built up at great labor and expense by the University over many years, and to gain acceptance for his goods and services not solely on his own merits, but on the reputation and goodwill of UT, its TEXAS Marks, and its products and services.

47.   Defendant's unauthorized use of the famous TEXAS Marks is likely to cause dilution of those marks.

48.   Defendant's unauthorized use of the Infringing Marks unjustly enriches Defendant at UT's expense. Defendant has been and continues to be unjustly enriched by obtaining a benefit from the University by taking undue advantage of UT and its goodwill. Specifically, Defendant has taken undue advantage of the University by trading on and profiting from the goodwill in the TEXAS Marks developed and owned by the University, resulting in Defendant wrongfully obtaining a monetary and reputational benefit for his own business.

49.   Defendant's unauthorized use of the Infringing Marks removes from UT the ability to control the nature and quality of the products and services provided under the TEXAS Marks,

and places the valuable reputation and goodwill of the University in the hands of Defendant, over whom UT has no control.

50.     Unless these acts of Defendant are restrained by this Court, they will continue, and they will continue to cause irreparable injury to UT and to the public for which there is no adequate remedy at law.

## COUNT I:  FEDERAL TRADEMARK INFRINGEMENT

51.     Plaintiff repeats the allegations above as if fully set forth herein.

52.     The acts of Defendant complained of herein constitute infringement of Plaintiff's federally registered TEXAS Marks in violation of 15 U.S.C. § 1114(1).

53.     Defendant's acts complained of herein have been deliberate, willful, intentional, or in bad faith, with full knowledge and conscious disregard of Plaintiff's rights in the TEXAS Marks, and with intent to cause confusion and to trade on Plaintiff's vast goodwill in the TEXAS Marks. In view of the egregious nature of Defendant's infringement, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

## COUNT II:  FEDERAL UNFAIR COMPETITION

54.     Plaintiff repeats the allegations above as if fully set forth herein.

55.     The acts of Defendant complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## COUNT III: INFRINGEMENT UNDER TEXAS LAW

56.     Plaintiff repeats the allegations above as if fully set forth herein.

57.     The acts of Defendant complained of herein constitute infringement of Plaintiff's state trademark registrations in violation of Texas Business and Commerce Code § 16.102.

### COUNT IV:  COMMON LAW TRADEMARK INFRINGEMENT

58.     Plaintiff repeats the allegations above as if fully set forth herein.

59.     The acts of Defendant complained of herein constitute trademark infringement in violation of the common law of the State of Texas.

### COUNT V: COMMON LAW UNFAIR COMPETITION

60.     Plaintiff repeats the allegations above as if fully set forth herein.

61.     The acts of Defendant complained of herein constitute unfair competition in violation of the common law of the State of Texas.

### COUNT VI:  FEDERAL TRADEMARK DILUTION

62.     Plaintiff repeats the allegations above as if fully set forth herein.

63.     The acts of Defendant complained of herein constitute dilution by blurring and/or by tarnishment of Plaintiff's famous TEXAS Marks in violation of 15 U.S.C. § 1125(c).

64.     Defendant willfully intended to trade on the recognition of Plaintiff's famous TEXAS Marks and/or to harm the reputation of the marks.

### COUNT VII:  DILUTION UNDER TEXAS LAW

65.     Plaintiff repeats the allegations above as if fully set forth herein.

66.     The acts of Defendant complained of herein constitute dilution by blurring and/or by tarnishment of Plaintiff's famous TEXAS Marks in violation of Texas Business and Commerce Code § 16.103.

67.     Defendant willfully intended to trade on the recognition of Plaintiff's famous TEXAS Marks and/or to harm the reputation of the marks.

### COUNT VIII: UNJUST ENRICHMENT

68.     Plaintiff repeats the allegations above as if fully set forth herein.

69.     The acts of Defendant complained of herein constitute unjust enrichment of Defendant at the expense of UT.

## COUNT IX: FEDERAL TRADEMARK COUNTERFEITING

70.     Plaintiff repeats the allegations above as if fully set forth herein.

71.     The acts of Defendant complained of herein constitute use of counterfeit marks in advertising and on or in connection with the sale, offering for sale, and distribution of products in commerce.

72.     Defendant's use of counterfeit marks was and is willful. Defendant intentionally used and is using the TEXAS Marks knowing he was selling or offering to sell counterfeit products.

73.     The acts of Defendant complained of herein constitute trademark counterfeiting in violation of 15 U.S.C. § 1114.

74.     Plaintiff has been damaged by Defendant's acts of trademark counterfeiting.

## COUNT X: REFUSAL OF REGISTRATION

75.     Plaintiff repeats the allegations above as if fully set forth herein.

76.     This Court has the power under 15 U.S.C. § 1119 and 28 U.S.C. § 2201 to determine Defendant's right to registration of the mark "WE ARE TEXAS!", the subject of U.S. Serial No. 87/378,647.

77.     Defendant's mark "WE ARE TEXAS!", the subject of U.S. Serial No. 87/378,647, entirely subsumes Plaintiff's TEXAS and WE ARE TEXAS marks, and will be seen as uniquely and unmistakably identifying Plaintiff.

78.     The fame of Plaintiff is such that, should Defendant's mark "WE ARE TEXAS!" be used in connection with Defendant's goods, a connection with Plaintiff would be presumed.

Thus, Defendant's application to register the mark "WE ARE TEXAS!" should be refused under 15 U.S.C. § 1052(a).

79.     Further, the mark "WE ARE TEXAS!", the subject of U.S. Serial No. 87/378,647, so resembles Plaintiff's TEXAS and WE ARE TEXAS marks as to be likely to cause confusion, or to cause mistake, or to deceive. Registration should therefore be refused under 15 U.S.C. § 1052(d).

80.     Plaintiff petitions the Court to issue an order certified to the Director of the PTO refusing registration of Defendant's "WE ARE TEXAS" application pursuant to 15 U.S.C. § 1119 and 28 U.S.C. § 2201.

## COUNT XI: CANCELLATION OF STATE TRADEMARK REGISTRATION

81.     Plaintiff repeats the allegations above as if set forth fully herein.

82.     This Court has the power under Texas Business and Commerce Code § 16.106, 28 U.S.C. § 1367(a), and Texas Administrative Code § 93.143 to determine Defendant's right to registration of the mark "WE ARE TEXAS!," the subject of Texas Reg. No. 802989018.

83.     The mark "WE ARE TEXAS!," the subject of Texas Reg. No. 802989018, so resembles Plaintiff's TEXAS and WE ARE TEXAS marks as to be likely to cause confusion, or to cause mistake, or to deceive. Registration should therefore be refused under Texas Business and Commerce Code § 16.064(4) and (5).

84.     Plaintiff petitions the Court to issue an order under Texas Administrative Code § 93.143 directing the Texas Secretary of State to cancel Texas Reg. No. 802989018 for the mark "WE ARE TEXAS!"

## REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff requests that:

(a)    Defendant, his officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with any of them, be permanently enjoined and restrained from using the Infringing Marks, Plaintiff's TEXAS Marks, Coach Smart's name, and any other mark, name, or design that is confusingly similar to or likely to cause dilution of those marks, names, or designs, and from any attempt to retain any part of the goodwill misappropriated from Plaintiff;

(b)    Defendant, his officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with any of them, be required to deliver up and destroy all goods, packaging, signage, advertisements, internet postings and advertisements, and any other materials bearing or using the Infringing Marks, Plaintiff's TEXAS Marks, Coach Smart's name, and any other mark, name, or design that is confusingly similar to or likely to cause dilution of those marks, names, or designs;

(c)    Defendant be ordered to file with this Court and to serve upon Plaintiff, within thirty (30) days after the entry and service on Defendant of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

(d)    Plaintiff recover all damages it has sustained as a result of Defendant's infringement, dilution, counterfeiting, false designations of origin, false or misleading descriptions or representations of fact, unfair competition, and unfair and deceptive business practices and that said damages be trebled;

e)    An accounting be directed to determine Defendant's profits resulting from Defendant's activities, and that such profits be paid over to Plaintiff, increased as the Court finds to be just under the circumstances of this case or trebled under 15 U.S.C. § 1117 as a result of Defendant's counterfeiting;

f)    Alternatively, if greater, Plaintiff recover statutory damages under 15 U.S.C. § 1117 as a result of Defendant's counterfeiting;

g)    The Court determine that Defendant is not entitled to registration of the mark "WE ARE TEXAS!" that is the subject of U.S. Serial No. 87/378,647 and certify an Order pursuant to 15 U.S.C. § 1119 refusing registration of U.S. Serial No. 87/378,647 to the PTO Director, who shall make appropriate entry upon the records of the PTO and shall be controlled thereby;

h)    The Court determine that Defendant is not entitled to registration of the mark "WE ARE TEXAS!" that is the subject of Texas Reg. No. 802989018 and certify an Order pursuant to Texas Administrative Code § 93.143 to the Texas Secretary of State, who shall cancel the state registration and be controlled thereby;

i)    Plaintiff recover its reasonable and necessary attorney fees;

j)    Plaintiff recover its costs of this action and prejudgment and post-judgment interest; and

k)    Plaintiff recover such other relief as the Court may find appropriate.

## JURY DEMAND

Plaintiff demands a jury trial in accordance with Federal Rule of Civil Procedure 38(b).

Respectfully submitted,

Dated: November 29, 2018    _/s/ Jered E. Matthysse_
            Stephen P. Meleen
            Texas Bar No. 00795776
            Jered E. Matthysse
            Texas Bar No. 24072226
            Alexandra H. Bistline
            Texas Bar No. 24092137
            PIRKEY BARBER PLLC
            600 Congress Avenue, Suite 2120
            Austin, TX  78701
            (512) 322-5200
            (512) 322-5201 (facsimile)
            smeleen@pirkeybarber.com
            jmatthysse@pirkeybarber.com
            abistline@pirkeybarber.com

            ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**Reg. No. 1,501,265**

## United States Patent and Trademark Office

Registered Aug. 23, 1988

### TRADEMARK
### PRINCIPAL REGISTER
### CONCURRENT USE



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS GOVERNING BODY, UNIVERSITY OF TEXAS)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: RINGS, WATCHES AND BELT BUCKLES PLATED WITH PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 27 AND 28).
FIRST USE 0-0-1982; IN COMMERCE 6-0-1984.
SUBJECT TO CONCURRENT USE PROCEEDING NO. 700 WITH SERIAL NO. 501,111.

APPLICANT CLAIMS EXCLUSIVE RIGHT TO USE THE MARK IN THE AREA COMPRISING THE UNITED STATES FALLING WEST OF THE MISSISSIPPI RIVER, WITH THE EXCEPTION OF WEST BATON ROUGE PARISH, LOUISIANA.

OWNER OF U.S. REG. NO. 1,230,439.

SER. NO. 599,771, FILED 5-19-1986.

HENRY S. ZAK, EXAMINING ATTORNEY

7/13/2015    Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-RP   Document 37   Filed 12/14/18   Page 23 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 3 of 73



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR    ASSIGN Status    TTAB Status    ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | UT |
| Goods and Services | IC 014. US 027 028. G & S: RINGS, WATCHES AND BELT BUCKLES PLATED WITH PRECIOUS METALS. FIRST USE: 19820000. FIRST USE IN COMMERCE: 19840600 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 73599771 |
| Filing Date | May 19, 1986 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 9, 1986 |
| Registration Number | 1501265 |
| Registration Date | August 23, 1988 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM GOVERNING BODY, UNIVERSITY OF TEXAS TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Prior Registrations | 1230439 |

Case 1:18-cv-00182-JY P Document 37 Filed 12/14/18 Page 24 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 4 of 73

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071029. |
| Renewal | 1ST RENEWAL 20071029 |
| Other Data | SUBJECT TO CONCURRENT USE PROCEEDING NO. 700 WITH SERIAL NO. 501,111. APPLICANT CLAIMS EXCLUSIVE RIGHT TO USE THE MARK IN THE AREA COMPRISING THE UNITED STATES FALLING WEST OF THE MISSISSIPPI RIVER, WITH THE EXCEPTION OF WEST BATON ROUGE PARISH, LOUISIANA. |
| Live/Dead Indicator | LIVE |



| | |
|---|---|
| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Case 1:18-cv-00182-RP Document 37-1 Filed 12/14/18 Page 25 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/26/18 Page 5 of 47

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

Reg. No. 1,502,270

# United States Patent and Trademark Office

Registered Aug. 30, 1988

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE, UNIVERSITY OF TEXAS SYSTEM (TEXAS GOVERNING BODY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: SHIRTS, CLOTH BABY BIBS, BABY PANTIES AND DRESSES, BABY BOOTIES, AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

SUBJECT TO CONCURRENT USE WITH SERIAL NUMBER 501,111. APPLICANT CLAIMS EXCLUSIVE RIGHT TO USE THE MARK IN THE AREA COMPRISING THE UNITED STATES FALLING WEST OF THE MISSISSIPPI RIVER, WITH THE EXCEPTION OF WEST BATON ROUGE PARISH, LOUISI-ANA.

OWNER OF U.S. REG. NO. 1,230,439.

SER. NO. 599,504, FILED 5-19-1986.

HENRY S. ZAK, EXAMINING ATTORNEY

7/13/2015

Case 1:18-cv-00182-JY-RP  Document 37  Filed 12/14/18  Page 26 of 247
Case 1:18-cv-00182-RP  Document 1-1  Filed 02/28/18  Page 6 of 73



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | UT |
| Goods and Services | IC 025. US 039. G & S: SHIRTS, CLOTH BABY BIBS, BABY PANTIES AND DRESSES, BABY BOOTIES, AND WRIST BANDS. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 73599504 |
| Filing Date | May 19, 1986 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 16, 1986 |
| Registration Number | 1502270 |
| Registration Date | August 30, 1988 |
| Owner | (REGISTRANT) BOARD OF REGENTS, UNIVERSITY OF TEXAS SYSTEM GOVERNING BODY TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Prior Registrations | 1230439 |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 27 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 7 of 73

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080205. |
| Renewal | 1ST RENEWAL 20080205 |
| Other Data | SUBJECT TO CONCURRENT USE WITH SERIAL NUMBER 501,111. APPLICANT CLAIMS EXCLUSIVE RIGHT TO USE THE MARK IN THE AREA COMPRISING THE UNITED STATES FALLING WEST OF THE MISSISSIPPI RIVER, WITH THE EXCEPTION OF WEST BATON ROUGE PARISH, LOUISIANA. |
| Live/Dead Indicator | LIVE |



Int. Cl.: 21

Prior U.S. Cls.: 2 and 33

**Reg. No. 1,340,787**

# United States Patent and Trademark Office   Registered June 11, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## UNIVERSITY OF TEXAS

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: GLASS CUPS. IN CLASS 21 (U.S. CLS. 2 AND 33).

FIRST USE 9-1-1981; IN COMMERCE 9-1-1981.
OWNER OF U.S. REG. NOS. 1,230,437, 1,247,920 AND OTHERS.

SER. NO. 496,521, FILED 8-27-1984.

JAMES F. BROWNE, EXAMINING ATTORNEY

7/13/2015                                                                     Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-RP   Document 37   Filed 12/14/18   Page 29 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 3 of 73



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

# Typed Drawing

| | |
|---|---|
| Word Mark | UNIVERSITY OF TEXAS |
| Goods and Services | IC 021. US 002 033. G & S: GLASS CUPS. FIRST USE: 19810901. FIRST USE IN COMMERCE: 19810901 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73496521 |
| Filing Date | August 27, 1984 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 2, 1985 |
| Registration Number | 1340787 |
| Registration Date | June 11, 1985 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM STATE AGENCY TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Prior Registrations | 1230437;1230439;1232238;1232240;1232241;1233977;1234937;1234938;1237719; 1238818;1243879;1243880;1245614;1247920;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150528. |
| Renewal | 2ND RENEWAL 20150528 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:18-cv-00182-LY-RP Document 37-1 Filed 12/14/18 Page 31 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 31 of 79

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,351,805

# United States Patent and Trademark Office
**Registered July 30, 1985**

## TRADEMARK
### PRINCIPAL REGISTER

# THE UNIVERSITY OF TEXAS

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-1-1983; IN COMMERCE 1-1-1983.

OWNER OF U.S. REG. NOS. 1,230,437, 1,247,920 AND OTHERS.

SEC. 2(F).

SER. NO. 496,592, FILED 8-27-1984.

WILBUR C. DAVIS, EXAMINING ATTORNEY

Case 1:18-cv-00182-LY    Document 37    Filed 12/14/18    Page 32 of 247
Case 1:18-cv-00182-RP    Document 1-1    Filed 02/28/18    Page 12 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Typed Drawing

| | |
|---|---|
| Word Mark | THE UNIVERSITY OF TEXAS |
| Goods and Services | IC 025. US 039. G & S: SHIRTS. FIRST USE: 19830101. FIRST USE IN COMMERCE: 19830101 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73496592 |
| Filing Date | August 27, 1984 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 21, 1985 |
| Registration Number | 1351805 |
| Registration Date | July 30, 1985 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM STATE AGENCY TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Prior Registrations | 1230437;1232238;1232240;1232241;1233977;1234937;1234938;1237719;1238818; 1243879;1243880;1245614;1247920;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20041228. |
| Renewal | 1ST RENEWAL 20041228 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 33 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 13 of 79

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,426,639**

## United States Patent and Trademark Office  Registered Jan. 27, 1987

### TRADEMARK
### PRINCIPAL REGISTER

### TEXAS

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS GOVERNING BODY OF THE UNIVERSITY OF TEXAS)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: COLLEGE IMPRINTED GOODS, NAMELY - CAPS, JACKETS, SHIRTS, WARM-UP SUITS, BELTS AND SHOES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

OWNER OF U.S. REG. NO. 1,231,407.

SEC. 2(F).

SER. NO. 596,473, FILED 5-2-1986.

STEWART J. BELLUS, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | TEXAS |
| Goods and Services | IC 025. US 039. G & S: COLLEGE IMPRINTED GOODS, NAMELY - CAPS, JACKETS, SHIRTS, WARM-UP SUITS, BELTS AND SHOES. FIRST USE: 19500000. FIRST USE IN COMMERCE: 19500000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73596473 |
| Filing Date | May 2, 1986 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 4, 1986 |
| Registration Number | 1426639 |
| Registration Date | January 27, 1987 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM GOVERNING BODY OF THE UNIVERSITY OF TEXAS TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Prior Registrations | 1231407 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060512. |
| Renewal | 1ST RENEWAL 20060512 |
| Live/Dead | LIVE |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 36 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 16 of 79

Trademark Electronic Search System (TESS)



| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:18-cv-00182-RP Document 37-1 Filed 12/14/18 Page 37 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 37 of 79

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,996,363
Registered Aug. 27, 1996

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: CLOTHING; NAMELY CAPS, JACKETS, COATS, SHIRTS, WARM-UP SUITS, WARM-UP PANTS, BELTS, T-SHIRTS, SWEATERS, RAINCOATS, PONCHOS, HAT BANDS, SWEAT BANDS, SWEATSHIRTS,SWEATPANTS, TAMS, BANDANNAS, RUNNING ANDATHLETIC SHORTS, SCARVES, CLOTH BABY BIBS, BABY PAN-

TIES AND DRESSES, BABY BOOTIES, BABY SHIRTS, BABY PANTS, WRIST BANDS,TANK TOPS, HATS, WIND SUITS, JERSEYS, HALF-PANTS, BIKER SHORTS, SWIM WEAR, SOCKS, BOXER SHORTS, BODY SUITS, AND TIES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

SER. NO. 74-476,553, FILED 1-5-1994.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 38 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 18 of 79



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015



Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| Word Mark | TEXAS |
| Goods and Services | IC 025. US 039. G & S: CLOTHING; NAMELY CAPS, JACKETS, COATS, SHIRTS, WARM-UP SUITS, WARM-UP PANTS, BELTS, T-SHIRTS, SWEATERS, RAINCOATS, PONCHOS, HAT BANDS, SWEAT BANDS, SWEATSHIRTS,SWEATPANTS, TAMS, BANDANNAS, RUNNING ANDATHLETIC SHORTS, SCARVES, CLOTH BABY BIBS, BABY PANTIES AND DRESSES, BABY BOOTIES, BABY SHIRTS, BABY PANTS, WRIST BANDS,TANK TOPS, HATS, WIND SUITS, JERSEYS, HALF-PANTS, BIKER SHORTS, SWIM WEAR, SOCKS, BOXER SHORTS, BODY SUITS, AND TIES. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 03.07.03 - Heads of oxen, cows, calves, bulls<br>03.07.07 - Caribou; Deer, elk, reindeer, fawns, antelopes, moose, gazelles; Fawns; Gazelle; Impala |
| Serial Number | 74476553 |
| Filing Date | January 5, 1994 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 4, 1994 |
| Registration Number | 1996363 |
| Registration | August 27, 1996 |

7/13/2015 Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 39 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 19 of 79

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System STATE AGENCY TEXAS 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060331. |
| Renewal | 1ST RENEWAL 20060331 |
| Live/Dead Indicator | LIVE |

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,234,940

**United States Patent and Trademark Office**  Registered Apr. 12, 1983

## SERVICE MARK
### Principal Register



Board of Regents, The University of Texas System
(Texas agency)
201 W. 7th St.
Austin, Tex. 78701

For: ENTERTAINMENT SERVICES—NAMELY, COLLEGE SPORT GAMES AND EVENTS RENDERED LIVE AND THROUGH THE MEDIA OF RADIO AND TELEVISION, in CLASS 41 (U.S. Cl. 107).

First use 1958, in another form 1914; in commerce 1960, in another form 1914.

The drawing is lined for the color orange.

Ser. No. 322,001, filed Aug. 3, 1981.

KIMBERLY KREHELY, Examining Attorney

7/13/2015     Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 41 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 21 of 79



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 041. US 107. G & S: Entertainment Services-Namely, College Sport Games and Events Rendered Live and Through the Media of Radio and Television. FIRST USE: 19580000. USED IN ANOTHER FORM in another form 1914. FIRST USE IN COMMERCE: 19600000 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 03.07.01 - Cattle; Oxen, cows, calves, bulls; Steers<br>03.07.03 - Heads of oxen, cows, calves, bulls<br>03.07.24 - Stylized bovines, deer, antelopes, goats, sheep, pigs, cows, bulls, buffalo, moose |
| Serial Number | 73322001 |
| Filing Date | August 3, 1981 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 18, 1983 |
| Registration Number | 1234940 |
| Registration Date | April 12, 1983 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System agency TEXAS 201 W. 7th St. Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 42 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 22 of 79

| | |
|---|---|
| Description of Mark | The drawing is lined for the color orange. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130430. |
| Renewal | 2ND RENEWAL 20130430 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |

Int. Cl.: 41

Prior U.S. Cl.: 107

**Reg. No. 1,231,408**

# United States Patent and Trademark Office

Registered Mar. 15, 1983

## SERVICE MARK
### Principal Register

# LONGHORNS

Board of Regents, The University of Texas System
(Texas governing body, University of Texas)
201 W. 7th St.
Austin, Tex. 78701

For: ENTERTAINMENT SERVICES—NAMELY, COLLEGE SPORT GAMES AND EVENTS RENDERED LIVE AND THROUGH THE MEDIA OF RADIO AND TELEVISION, in CLASS 41 (U.S. Cl. 107).

First use 1914; in commerce 1914.

Ser. No. 321,983, filed Aug. 3, 1981.

BRUCE A. TASSAN, Examining Attorney



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | LONGHORNS |
| Goods and Services | IC 041. US 107. G & S: Entertainment Services-Namely, College Sport Games and Events Rendered Live and Through the Media of Radio and Television. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19140000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73321983 |
| Filing Date | August 3, 1981 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 21, 1982 |
| Registration Number | 1231408 |
| Registration Date | March 15, 1983 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System governing body, University of Texas TEXAS 201 W. 7th St. Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). SECTION 8(10-YR) 20130322. |
| Renewal | 2ND RENEWAL 20130322 |
| Live/Dead Indicator | LIVE |

7/13/2015

Case 1:18-cv-00182-LY  Document 37  Filed 12/14/18  Page 45 of 247
Case 1:18-cv-00182-RP  Document 1-1  Filed 02/28/18  Page 25 of 79

Trademark Electronic Search System (TESS)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cls.: 21 and 25

Prior U.S. Cls.: 2, 30, 33 and 39

**Reg. No. 1,342,737**

## United States Patent and Trademark Office <span>Registered June 18, 1985</span>

## TRADEMARK
### PRINCIPAL REGISTER

## LONGHORNS

BOARD OF REGENTS, THE UNIVERSITY OF
TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: COLLEGE IMPRINTED DRINKING
GLASSES, CUPS, JIGGERS AND SHOT GLASS-
ES, NOT OF PRECIOUS METAL, IN CLASS 21
(U.S. CLS. 2, 30 AND 33).

FIRST USE 9-0-1982; IN COMMERCE
9-0-1982.

FOR: COLLEGE IMPRINTED SHIRTS, T-
SHIRTS, SWEATERS, JACKETS, CAPS, WARM-
UP PANTS, RAINCOATS, PONCHOS, HAT
BANDS AND SWEAT BANDS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 4-0-1982; IN COMMERCE
4-0-1982.

OWNER OF U.S. REG. NO. 1,231,408.

SER. NO. 496,763, FILED 8-27-1984.

JAMES F. BROWNE, EXAMINING ATTORNEY

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 47 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 27 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Typed Drawing

| | |
|---|---|
| Word Mark | LONGHORNS |
| Goods and Services | IC 021. US 002 030 033. G & S: COLLEGE IMPRINTED DRINKING GLASSES, CUPS, JIGGERS AND SHOT GLASSES, NOT OF PRECIOUS METAL. FIRST USE: 19820900. FIRST USE IN COMMERCE: 19820900<br><br>IC 025. US 039. G & S: COLLEGE IMPRINTED SHIRTS, T-SHIRTS, SWEATERS, JACKETS, CAPS, WARM-UP PANTS, RAINCOATS, PONCHOS, HAT BANDS AND SWEAT BANDS. FIRST USE: 19820400. FIRST USE IN COMMERCE: 19820400 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73496763 |
| Filing Date | August 27, 1984 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 9, 1985 |
| Registration Number | 1342737 |
| Registration Date | June 18, 1985 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM STATE AGENCY TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Prior Registrations | 1231408 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 48 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 28 of 79

| | |
|---|---|
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150615. |
| Renewal | 2ND RENEWAL 20150615 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 1,456,574

## United States Patent and Trademark Office

Registered Sep. 8, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## LONGHORNS

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: COLLEGE IMPRINTED GOODS, NAMELY - CLOTH FLAGS, BLANKETS, TOWELS, SHEETS AND PILLOW CASES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.
OWNER OF U.S. REG. NOS. 1,231,408, 1,243,190, AND 1,342,737.

SER. NO. 637,347, FILED 12-29-1986.

SUSAN A. RICHARDS, EXAMINING ATTORNEY

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 50 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/26/18 Page 30 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# Typed Drawing

| | |
|---|---|
| Word Mark | LONGHORNS |
| Goods and Services | IC 024. US 042 050. G & S: COLLEGE IMPRINTED GOODS, NAMELY - CLOTH FLAGS, BLANKETS, TOWELS, SHEETS AND PILLOW CASES. FIRST USE: 19830000. FIRST USE IN COMMERCE: 19830000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73637347 |
| Filing Date | December 29, 1986 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 16, 1987 |
| Registration Number | 1456574 |
| Registration Date | September 8, 1987 |
| Owner | (REGISTRANT) BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM STATE AGENCY TEXAS 201 WEST 7TH STREET AUSTIN TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Prior Registrations | 1231408;1243190;1342737 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070322. |
| Renewal | 1ST RENEWAL 20070322 |
| Live/Dead | LIVE |

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 51 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 31 of 79

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,230,438
Registered Mar. 8, 1983

## SERVICE MARK
### Principal Register



Board of Regents, The University of Texas System
(Texas governing body, University of Texas)
201 W. 7th St.
Austin, Tex. 78701

For: EDUCATIONAL SERVICES—NAMELY, PROVIDING COLLEGE AND GRADUATE LEVEL COURSES OF INSTRUCTION AND SEMINARS, AND EDUCATIONAL OPPORTUNITIES TO PARTICIPATE IN RESEARCH PRO-

GRAMS; AND ENTERTAINMENT SERVICES—NAMELY, PROVIDING COLLEGE SPORT GAMES AND EVENTS RENDERED LIVE AND THROUGH THE MEDIA OF RADIO AND TELEVISION, in CLASS 41 (U.S. Cl. 107).

First use 1937; in commerce 1971.

Ser. No. 321,787, filed Aug. 3, 1981.

CARLISLE WALTERS, Examining Attorney



Nº 1230438

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

## PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eighth day of March, 1983.

COMMISSIONER OF PATENTS AND TRADEMARKS

PTO–130
GPO    16—82421-2

# NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is still in use or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $10.00 for each class must accompany the affidavit.*

7/13/2015

Case 1:18-cv-00182-LY RP Document 37 Filed 12/14/18 Page 55 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 35 of 79

Trademark Electronic Search System (TESS)



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 041. US 107. G & S: Educational Services-Namely, Providing College and Graduate Level Courses of Instruction and Seminars, and Educational Opportunities to Participate in Research Programs; and Entertainment Services-Namely, Providing College Sport Games and Events Rendered Live and Through the Media of Radio and Television. FIRST USE: 19710000. FIRST USE IN COMMERCE: 19710000 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 07.03.01 - Skyscrapers<br>07.03.25 - Aquariums (buildings); Convention hall; Hospitals; Libraries, public libraries; Schools; Wash, car (commercial) |
| Serial Number | 73321787 |
| Filing Date | August 3, 1981 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 14, 1982 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 1230438 |
| Registration Date | March 8, 1983 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System governing body, University of Texas TEXAS 201 W. 7th St. Austin TEXAS 78701 |

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 56 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 56 of 79

| Attorney of Record | LOUIS T. PIRKEY |
|---|---|
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

**TESS HOME** **NEW USER** **STRUCTURED** **FREE FORM** **BROWSE DICT** **SEARCH OG** **TOP** **HELP**

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:18-cv-00182-LY Document 37-1 Filed 12/14/18 Page 57 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 37 of 79

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,553,699

Registered Dec. 30, 2008

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: APPAREL ITEMS, NAMELY, SHIRTS, JACKETS, WARM-UP SUITS, SWEAT SHIRTS, SWEAT PANTS, CAPS, TAMS, BANDANAS, SHOES, SHORTS AND SCARVES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

OWNER OF U.S. REG. NOS. 1,234,940, 1,456,594 AND OTHERS.

THE MARK CONSISTS OF THE SILHOUETTE OF THE HEAD OF A LONGHORN STEER.

SER. NO. 77-472,050, FILED 5-12-2008.

EDWARD NELSON, EXAMINING ATTORNEY



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 025. US 022 039. G & S: Apparel items, namely, shirts, jackets, warm-up suits, sweat shirts, sweat pants, caps, tams, bandanas, shoes, shorts and scarves. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 03.07.01 - Cattle; Oxen, cows, calves, bulls; Steers<br>03.07.03 - Heads of oxen, cows, calves, bulls<br>03.07.24 - Stylized bovines, deer, antelopes, goats, sheep, pigs, cows, bulls, buffalo, moose |
| Trademark Search Facility Classification Code | GROT-ANI Exaggerated depiction of an animal |
| Serial Number | 77472050 |
| Filing Date | May 12, 2008 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 14, 2008 |
| Registration Number | 3553699 |
| International Registration Number | 1179076 |
| Registration Date | December 30, 2008 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System STATE AGENCY TEXAS 201 |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 59 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/26/18   Page 39 of 79

West 7th Street Austin TEXAS 78701

| | |
|---|---|
| Attorney of Record | Alison D. Frey |
| Prior Registrations | 1234940;1456594;AND OTHERS |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the silhouette of the head of a longhorn steer. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,876,709

Registered Jan. 31, 1995

## TRADEMARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS GOVERNING BODY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: CLOTHING; NAMELY, CAPS, JACKETS, COATS, SHIRTS, WARM-UP SUITS, WARM-UP PANTS, BELTS, FOOTWEAR, T-SHIRTS, SWEATERS, RAINCOATS, PONCHOS, HAT BANDS, SWEAT BANDS, SWEATSHIRTS, SWEATPANTS, TAMS, BANDANNAS, RUNNING AND ATHLETIC SHORTS, SCARVES, CLOTH BABY BIBS, BABY PANTIES AND DRESSES, BABY BOOTIES, BABY SHIRTS, BABY PANTS, WRIST BANDS, TANK TOPS, HATS, WIND SUITS, JERSEYS, HALF-PANTS, TIGHTS, BIKER SHORTS, SWIM WEAR, SOCKS, BOXER SHORTS, BODY SUITS, AND TIES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1981; IN COMMERCE 0–0–1981.

SER. NO. 74–476,567, FILED 1–5–1994.

JILL RYGWALSKI, EXAMINING ATTORNEY

7/13/2015

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 61 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 41 of 79

Trademark Electronic Search System (TESS)



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [_____]  OR  Jump  to record: [_____]  **Record 397 out of 552**

TSDR  ASSIGN Status  TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | UT |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing; namely, caps, jackets, coats, shirts, warm-up suits, warm-up pants,[ belts, footwear, ] T-shirts, sweaters, [ raincoats, ponchos, hat bands, sweat bands, ] sweatshirts, sweatpants, tams, bandannas, running and athletic shorts, scarves, [ cloth baby bibs, baby panties and dresses, baby booties, baby shirts, baby pants, wrist bands, ] tank tops, hats, wind suits, jerseys, half-pants, tights, biker shorts, [ swim wear, ] socks, boxer shorts, body suits [, and ties ]. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19810000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.07.03 - Heads of oxen, cows, calves, bulls<br>09.05.05 - Sombreros, cowboy hats (10 gallon hats), other broad-brimmed hats |
| **Serial Number** | 74476567 |
| **Filing Date** | January 5, 1994 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 8, 1994 |
| **Registration Number** | 1876709 |

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 62 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 42 of 79

| | |
|---|---|
| Registration Date | January 31, 1995 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System GOVERNING BODY TEXAS 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150124. |
| Renewal | 2ND RENEWAL 20150124 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Case 1:18-cv-00182-LY-RP Document 37-1 Filed 12/14/18 Page 63 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 43 of 79

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**Reg. No. 3,653,888**

## United States Patent and Trademark Office

Registered July 14, 2009

### SERVICE MARK
### PRINCIPAL REGISTER



THE BOARD OF REGENTS OF THE UNIVERSI-
TY OF TEXAS SYSTEM (TEXAS STATE
AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: EMPLOYMENT RECRUITING AND COUN-
SELING SERVICES; PROVIDING INFORMATION
ON VOLUNTEER OPPORTUNITIES, IN CLASS 35
(U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2008; IN COMMERCE 11-1-2008.

FOR: COUNSELING UNIVERSITY STUDENTS IN
THE AREA OF POST-GRADUATE EDUCATION
AND CAREER DEVELOPMENT, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 11-1-2008; IN COMMERCE 11-1-2008.

THE COLOR(S) GREEN AND ORANGE IS/ARE
CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN OUTLINE OF A
TOWER AND THE WORDS "BEYOND THE TOW-
ER" IN GREEN AND AN ARC IN ORANGE.

SER. NO. 77-613,406, FILED 11-13-2008.

LAKEISHA LEWIS, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | BEYOND THE TOWER |
| Goods and Services | IC 035. US 100 101 102. G & S: Employment recruiting and counseling services; providing information on volunteer opportunities. FIRST USE: 20081101. FIRST USE IN COMMERCE: 20081101<br><br>IC 041. US 100 101 107. G & S: Counseling university students in the area of post-graduate education and career development. FIRST USE: 20081101. FIRST USE IN COMMERCE: 20081101 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 07.03.25 - Aquariums (buildings); Convention hall; Hospitals; Libraries, public libraries; Schools; Wash, car (commercial)<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| Trademark Search Facility Classification Code | BLDG-AND-SCEN A type of building or a type of scenery<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-MISC Miscellaneous shaped designs |
| Serial Number | 77613406 |
| Filing Date | November 13, 2008 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | April 28, 2009 |
| Registration Number | 3653888 |

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 65 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 45 of 79

| | |
|---|---|
| Registration Date | July 14, 2009 |
| Owner | (REGISTRANT) The Board of Regents of The University of Texas System STATE AGENCY TEXAS 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Description of Mark | The color(s) green and orange is/are claimed as a feature of the mark. The mark consists of an outline of a tower and the words "BEYOND THE TOWER" in green and an arc in orange. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,148,092

Registered Sep. 26, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COLLEGE AND GRADUATE LEVEL COURSES OF INSTRUCTION AND SEMINARS, AND EDUCATIONAL OPPORTUNITIES TO PARTICIPATE IN RESEARCH PROGRAMS; AND ENTERTAINMENT SERVICES IN THE NATURE OF COMPETITIONS AND EVENTS IN THE FIELD OF COLLEGE ATHLETICS, RENDERED LIVE AND THROUGH THE MEDIA OF RADIO AND TELEVISION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2001, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/31/1937.; IN COMMERCE 12-31-2001, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 12/31/1971. .

SER. NO. 78-672,741, FILED 7-18-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY

7/13/2015                    Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-LY  Document 37   Filed 12/14/18   Page 67 of 247
Case 1:18-cv-00182-RP  Document 1-1   Filed 02/28/18   Page 47 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 041. US 100 101 107. G & S: Educational services, namely, providing college and graduate level courses of instruction and seminars, and educational opportunities to participate in research programs; and entertainment services in the nature of competitions and events in the field of college athletics, rendered live and through the media of radio and television. FIRST USE: 20011231. USED IN ANOTHER FORM The mark was first used anywhere in a different form other than that sought to be registered on 12/31/1937. FIRST USE IN COMMERCE: 20011231 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 07.03.08 - Buildings, industrial; Factories; Industrial establishments; Smoke stacks 07.03.25 - Aquariums (buildings); Convention hall; Hospitals; Libraries, public libraries; Schools; Wash, car (commercial) 07.09.03 - Columns 17.01.02 - Clock faces (alone); Clock radios; Clocks; Radios with clock; Watch faces (alone) |
| Serial Number | 78672741 |
| Filing Date | July 18, 2005 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 4, 2006 |
| Registration Number | 3148092 |
| Registration | September 26, 2006 |

7/13/2015

Case 1:18-cv-00132-LY Document 37 Filed 12/14/18 Page 68 of 247
Case 1:18-cv-00132-RP Document 1-1 Filed 02/28/18 Page 48 of 79

| | |
|---|---|
| Date | |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System STATE AGENCY TEXAS 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,858,099**

**Registered Oct. 5, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (UNITED STATES STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-5-2010; IN COMMERCE 1-5-2010.

THE MARK CONSISTS OF THE SILHOUETTE OF A LONGHORN.

SN 77-835,026, FILED 9-25-2009.

KAREN M. STRZYZ, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

7/13/2015

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 70 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 50 of 79

Trademark Electronic Search System (TESS)



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: computer application software for mobile phones. FIRST USE: 20100105. FIRST USE IN COMMERCE: 20100105 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 03.07.01 - Cattle; Oxen, cows, calves, bulls; Steers<br>03.07.03 - Heads of oxen, cows, calves, bulls |
| Trademark Search Facility Classification Code | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings |
| Serial Number | 77835026 |
| Filing Date | September 25, 2009 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | January 19, 2010 |
| Registration Number | 3858099 |
| Registration Date | October 5, 2010 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System STATE AGENCY UNITED STATES 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Shannon T. Vale |
| Description of | Color is not claimed as a feature of the mark. The mark consists of the silhouette of a longhorn. |

7/13/2015 Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 71 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 51 of 79

Mark

| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America
## United States Patent and Trademark Office

# LONGHORNS

**Reg. No. 4,103,969**

**Registered Feb. 28, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM (UNITED STATES STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: BANKING SERVICES, NAMELY, CHECKING AND SAVINGS ACCOUNT SERVICES AND CREDIT AND DEBIT CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-058,457, FILED 6-9-2010.

JOHN DALIER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

7/13/2015                     Trademark Electronic Search System (TESS)

Case 1:18-cv-00182-LY  Document 37   Filed 12/14/18   Page 73 of 247
Case 1:18-cv-00182-RP  Document 1-1   Filed 02/28/18   Page 53 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG     BOTTOM     HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# LONGHORNS

| | |
|---|---|
| Word Mark | LONGHORNS |
| Goods and Services | IC 036. US 100 101 102. G & S: Banking services, namely, checking and savings account services and credit and debit card services. FIRST USE: 20080630. FIRST USE IN COMMERCE: 20080630 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85058457 |
| Filing Date | June 9, 2010 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 13, 2011 |
| Registration Number | 4103969 |
| Registration Date | February 28, 2012 |
| Owner | (REGISTRANT) Board of Regents, The University of Texas System STATE AGENCY UNITED STATES 201 West 7th Street Austin TEXAS 78701 |
| Attorney of Record | Alison D. Frey |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead | |

7/13/2015        Trademark Electronic Search System (TESS)

Indicator      LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States of America
## United States Patent and Trademark Office

# LONGHORN BAND

**Reg. No. 4,751,660**

**Registered June 9, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: EDUCATIONAL SERVICES, NAMELY, A COLLEGIATE LEVEL PROGRAM FOR STUDENTS TO PARTICIPATE IN A COLLEGE BAND FOR COURSE CREDIT; ENTERTAIN-MENT SERVICES, NAMELY, MUSICAL PERFORMANCES BY A COLLEGE BAND, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1903; IN COMMERCE 0-0-1903.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,231,408, 3,686,500 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BAND", APART FROM THE MARK AS SHOWN.

SER. NO. 86-424,090, FILED 10-15-2014.

EDWARD NELSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 76 of 247

Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 56 of 79



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# LONGHORN BAND

| | |
|---|---|
| Word Mark | LONGHORN BAND |
| Goods and Services | IC 041. US 100 101 107. G & S: Educational services, namely, a collegiate level program for students to participate in a college band for course credit; entertainment services, namely, musical performances by a college band. FIRST USE: 19030000. FIRST USE IN COMMERCE: 19030000 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86424090 |
| Filing Date | October 15, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 24, 2015 |
| Registration Number | 4751660 |
| Registration Date | June 9, 2015 |
| Owner | (REGISTRANT) The Board of Regents of The University of Texas System STATE AGENCY TEXAS 201 West 7th Street Austin TEXAS 78701 |
| Attorney of | Alison D. Frey |

7/13/2015

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 77 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 57 of 79
Trademark Electronic Search System (TESS)

| Record | |
|---|---|
| Prior Registrations | 1231408;1450737;3686500;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BAND" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,535,612**

**Registered May 27, 2014**

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM (TEXAS STATE AGENCY)
201 WEST 7TH STREET
AUSTIN, TX 78701

FOR: DECALS; DECORATIVE DECALS FOR VEHICLE WINDOWS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

FOR: SHIRTS; T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

THE MARK CONSISTS OF THE REPRESENTATION OF A HUMAN HAND WITH THE INDEX AND SMALL FINGERS EXTENDED UPWARD AND THE THUMB CLOSED OVER THE MIDDLE AND RING FINGERS.

SEC. 2(F).

SER. NO. 85-742,423, FILED 10-1-2012.

CHRISTOPHER LAW, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

7/13/2015

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 79 of 247
Case 1:18-cv-00182-RP   Document 1-1   Filed 02/28/18   Page 59 of 79



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 13 03:20:58 EDT 2015

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TSDR** | **ASSIGN Status** | **TTAB Status**  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 016. US 002 005 022 023 029 037 038 050. G & S: Decals; decorative decals for vehicle windows; stickers. FIRST USE: 20000000. FIRST USE IN COMMERCE: 20000000 |
| | IC 025. US 022 039. G & S: Shirts; t-shirts. FIRST USE: 20000000. FIRST USE IN COMMERCE: 20000000 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 02.11.14 - Finger pointing (gesture); Fingers walking (gesture) ; Gestures (OK, thumbs up, thumbs down, fingers walking, handshake, finger pointing); Hands and fingers forming the following: handshake, finger pointing, fingers walking, OK sign, and thumbs up or thumbs down; Handshake (gesture); OK gesture; Thumbs up or thumbs down (gesture) |
| Serial Number | 85742423 |
| Filing Date | October 1, 2012 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 11, 2014 |
| Registration Number | 4535612 |
| Registration Date | May 27, 2014 |
| Owner | (REGISTRANT) The Board of Regents of the University of Texas System STATE AGENCY TEXAS 201 West 7th Street Austin TEXAS 78701 |

Case 1:18-cv-00182-LY  Document 37  Trademark Electronic Search System (Tess)  Page 80 of 247
Case 1:18-cv-00182-RP  Document 1-1  Filed 02/28/18  Page 60 of 79

| | |
|---|---|
| Attorney of Record | Steven M. Espenshade |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the representation of a human hand with the index and small fingers extended upward and the thumb closed over the middle and ring fingers. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Live/Dead Indicator | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# The State of Texas

## SECRETARY OF STATE

Date of Registration __July 31, 1981__

Registration No ____30977____

### CERTIFICATE OF REGISTRATION

I, GEORGE W. STRAKE, JR., Secretary of State of the State of Texas, hereby certify:

That the attached is the duplicate APPLICATION FOR REGISTRATION.

That in accordance with the provisions of CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE and the application filed in this office the MARK described below has been duly registered in this office on behalf of:

Name of Applicant _____ Board of Regents, The University of Texas System _____

Address of Applicant _____ 201 West 7th Street _____

_____ Austin Texas 78701 _____

Description of Mark _____ Design of Longhorn _____

Class Number _____ Intl. 41 Education & Entertainment _____

Dates of First Use: Anywhere ____1958____ In Texas ____1959____

The Term of Registration is for Ten Years and Extends to and Includes __July 31, 1991__ .

*IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in the City of Austin, this*

__31st__ *day of* __July__ _____ , A. D 19__81__

_____
Secretary of State

In the Office of
Secretary of State of Texas

38977   JUL 31 1981

### STATE OF TEXAS

*I. Henry Esposito*

## APPLICATION FOR REGISTRATION OF TRADEMARK OR SERVICE MARK

BE IT KNOWN that applicant has heretofore adopted and used and is now using a certain mark and hereby makes application for registration of such mark.

1. Applicant: Board of Regents, The University of Texas System
2. Address of applicant is: Street 201 West 7th Street
   City Austin                    Zip 78701    State Texas
3. If applicant is a corporation, show where incorporated:_____
4. Describe mark. If mark only (without design) 1) state the name of the mark. If mark contains a design: 1) state name of the mark "and Design"; 2) describe the design; and 3) attach a DRAWING of the mark.
   Design of LONGHORN

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
   See Attachment A

6. The mode or manner in which the mark is now being used: yearbooks, game programs, sports newsletters, schedules, uniforms worn at games and events, on buttons used for admission to University events.
7. Number and title of the class of goods or services. Only one class per application. Class 41, Education and Entertainment

8. Date mark first used by applicant (put date in BOTH spaces):
   (a) Anywhere At least as early as (b) In Texas At least as early as
   (variant form) 1914, (form shown) 1958   (variant form) 1914 or (form shown) 1958
9. Applicant does hereby appoint the Secretary of State of Texas as its agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual, partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.
10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

                                        BOARD OF REGENTS,
                                        THE UNIVERSITY OF TEXAS SYSTEM
                                        (Name of Applicant)

State of Texas                          _____
County of Travis                        (Signature of Applicant, and if applicable state title of office or partner.)

James L. Powell                         James L. Powell, Chairman, Board of Regents
_____, personally appeared before me, and being first duly sworn declared that he signed this application in the capacity designated, and further states that he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this 26th day of June _____, 19 81

                                        _____
                                        Notary Public

## Attachment A

Entertainment services, namely college sport games and events rendered live and through the media of radio and television.

APPLICANT:         Board of Regents, The University of Texas System

P. O. ADDRESS:      201 West 7th Street, Austin, Texas 78701

DATE OF FIRST USE

     ANYWHERE       In a variant form, at least as early as 1914
                     In the form shown, at least as early as 1958
     IN TEXAS       In a variant form, at least as early as 1914
                     In the form shown, at least as early as 1958

GOODS OR SERVICES:  Entertainment services, namely college sport
                     games and events rendered live and through
                     the media of radio and television



Attorneys:      Louis T. Pirkey
               Arnold, White & Durkee
               2100 Transco Tower
               Houston, Texas  77056
               713/621-9100

# TEXAS
# TENNIS
# 1981



**GUILLERMO STEVENS AND PAUL CROZIER**



## THE UNIVERSITY OF TEXAS AT AUSTIN
### DEPARTMENT OF INTERCOLLEGIATE ATHLETICS

# SPORTS NEWS

**AUSTIN, TEXAS 78712 • TELEPHONE 471-7437**

JONES RAMSEY, Director of Sports Information
DOUG SMITH, Assistant Director
LYNNE NIEMIEC, Assistant Director



UNIVERSITY OF TEXAS

# LONGHORNS

OFFICIAL FOOTBALL PROGRAM

PRICE $1.00

SEPTEMBER
MEMORIAL STADIUM



# The State of Texas

## *SECRETARY OF STATE*

### CERTIFICATE OF RENEWAL OF TRADEMARK REGISTRATION

In accordance with the provisions of **CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE,** the attached **APPLICATION FOR RENEWAL** has been filed in the Office of the Secretary of State on the date noted below to renew the registration listed below for an additional 10 year term.

**Registration Number:** 38988

**Original Date of Filing:** July 31, 1981

**Dated:** July 9, 2001



7922574

*Henry Cuellar*

*Henry Cuellar*
*Secretary of State*



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**

FILED
In the Office of the
Secretary of State of Texas

JUL 09 2001

Corporations Section

# APPLICATION FOR RENEWAL OF REGISTERED
# TRADEMARK OR SERVICE MARK

Applicant is the owner of a trademark or service mark which has been registered with the Secretary of State and hereby applies for renewal of the registration.

1.   Applicant name _____ Board of Regents, The University of Texas System _____

2.   Applicant address _____ 201 West 7th Street, Austin, Texas 78701 _____

3.   The registered mark is described as ___ Design of Tower _____

4.   The registration number issued by the secretary of state is  38988 _____

5.   Check either A or B below.

     ■ A. The mark is still in use by the applicant in this state.

     ☐ B. The mark is not in use in Texas at this time. Nonuse of the mark is due to special circumstances that excuse the nonuse and is not due to an intention to abandon the mark in this state.

Date: _6/20/01_____

_____
Signature of Applicant

Vice Chancellor and General Counsel
**Title**

25035172 1



# The State of Texas

## *SECRETARY OF STATE*

### CERTIFICATE OF REGISTRATION

I, C. ED DAVIS, Assistant Secretary of State of the State of Texas, hereby certify:

That the attached is the duplicate APPLICATION FOR REGISTRATION,

That in accordance with the provisions of CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE and the application filed in this office the MARK described below has been duly registered in this office on behalf of:

Name of Applicant:      Board of Regents, The University of Texas System

Address of Applicant:      201 West 7th Street

Austin, Texas 78701

Description of Mark:      LONGHORNS

Class Number:      International 21

Dates of First Use:    Anywhere   09-82     In Texas   09-82

The Term of Registration is for Ten Years and Extends to and Includes   8-27-94.

Registration No. 43880   Date of Registration 8-27-84   Date of Assignment NA.

*IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in the City of Austin, this*

___27___ *day of* _____August_____ *A D 19* _84_

_____

Assistant Secretary of State

43880

BE IT KNOWN that applicant has heretofore adopted and used and is now using a certain mark in TEXAS and hereby makes application for registration of such mark.

FILED
In the Office of
Secretary of State of Texas

1. Applicant. _Board of Regents, The University of Texas System_

AUG 27 1984

2. Address of applicant is Street _201 West 7th Street_
   City _Austin_ Zip _78701_ State _Texas_

   *Carmen H Flores*

3. If applicant is a corporation, show where incorporated: _____

4. Describe the mark (words and/or design): _LONGHORNS_

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
   _Drinking glasses, ash trays, cups, jiggers, and shot glasses, all not of precious metal_

6. The mode or manner in which the mark is now being used and one (1) specimen as actually used is attached. (See instruction 2(a) on reverse side.) _By printing the mark on the goods and in diverse other ways customary in the trade_

7. Number and title of the class of goods or services. Only one class per application.
   _International Class 21, Housewares and Glass_

8. Date mark first used by applicant (put date in BOTH spaces):
   (a) Anywhere _At least as early as_ (b) In Texas _At least as early as_
   _September 1982*_                      _September 1982*_

9. Applicant does hereby appoint the Secretary of State of Texas as its agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.

10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

    *By a related company

    BOARD OF REGENTS,
    THE UNIVERSITY OF TEXAS SYSTEM
    (Name of Applicant)

State of ___TEXAS___
County of ___TRAVIS___

(Signature of Applicant, and if applicable state title of office or partner.)
Jon P. Newton, Chairman

_Jon P. Newton_ , personally appeared before me, and being first duly sworn declared that, he signed this application in the capacity designated, if any and further states that, he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this _13th_ day of _August_, 19 _84_.

Notary Public Signature

_NANCY PERRYMAN_
Printed Name

My commission expires the _24th_

TRADEMARK DRAWING SHEET

Case 1:18-cv-00182-RP Document 37-1 Filed 12/14/18 Page 92 of 247
Case 1:18-cv-00182-RP Document 1-1 Filed 02/28/18 Page 72 of 79

Applicant: Board of Regents,
The University of Texas System

Address: 201 West 7th Street
Austin, Texas 78701

First Use: Anywhere Sept. 1982* Texas Sept. 1982*
*By a related company

Goods/Services: Drinking glasses, ash trays, cups, jiggers and shot glasses, all not of precious metal

| OFFICE USE ONLY | |
|---|---|
| | Registration No. |
| | Registered: |
| | Class No.: |
| | Mark: |
| | Disclaimer: |

LONGHORNS

Applicant: Board of Regents,
The University of Texas System

Address: 201 West 7th Street
Austin, Texas 78701

SPECIMEN ATTACHMENT





# The State of Texas

## SECRETARY OF STATE

### CERTIFICATE OF REGISTRATION

I, C. ED DAVIS, Assistant Secretary of State of the State of Texas, hereby certify:

That the attached is the duplicate APPLICATION FOR REGISTRATION,

That in accordance with the provisions of CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE and the application filed in this office the MARK described below has been duly registered in this office on behalf of:

Name of Applicant: Board of Regents, The University of Texas System

Address of Applicant: 201 West 7th Street

Austin, Texas 78701

Description of Mark: LONGHORNS

Class Number: International 25

Dates of First Use: Anywhere 4-1-82 In Texas 4-1-82

The Term of Registration is for Ten Years and Extends to and Includes 08-27-94.

Registration No. 43882 Date of Registration 8-27-84 Date of Assignment NA.



IN TESTIMONY WHEREOF, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in the City of Austin, this

27 day of August, A D. 19 84.

Secretary of State
Assistant Secretary of State

Case 1:18-cv-00182 Document 37-1 Filed 12/14/18 Page 95 of 247

FILED
in the Office of
Secretary of State of Texas

AUG 27 1984

BE IT KNOWN that applicant has heretofore adopted and used and is now using a trademark in TEXAS and hereby makes application for registration of such mark.

1. Applicant: __Board of Regents, The University of Texas System__

_Carmen M Terez_

2. Address of applicant is: Street __201 West 7th Street__
City __Austin__ Zip __78701__ State __Texas__

3. If applicant is a corporation, show where incorporated: _____

4. Describe the mark (words and/or design) __LONGHORNS__

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
__Shirts, sweaters, jackets, caps, warm-up pants, rain coats,__
__ponchos, hat bands, sweat bands__

6. The mode or manner in which the mark is now being used and one (1) specimen as actually used is attached. (See instruction 2(a) on reverse side.) __By printing the mark on__
__the goods and in diverse other ways customary in the trade__

7. Number and title of the class of goods or services. Only one class per application.
__International Class 25, Clothing__

8. Date mark first used by applicant (put date in BOTH spaces):
(a) Anywhere __At least as early as April 1982*__ (b) In Texas __At least as early as April 1982*__

9. Applicant does hereby appoint the Secretary of State of Texas as its agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.

10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

*By a related company

State of __TEXAS__
County of __TRAVIS__

BOARD OF REGENTS,
THE UNIVERSITY OF TEXAS SYSTEM
(Name of Applicant)

(Signature of Applicant, and if applicable state title of office or partner.)
Jon P. Newton, Chairman

__Jon P. Newton__ , personally appeared before me, and being first duly sworn declared that, he signed this application in the capacity designated, if any and further states that, he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this __13TH__ day of __August__ , 19 __84__.

Notary Public Signature

__NANCY PERRYMAN__
Printed Name

My commission expires the __24th__
day of __September__ 19 __84__

TRADEMARK DRAWING SHEET

Applicant: Board of Regents,
The University of Texas System

Address: 201 West 7th Street
Austin, Texas 78701

First Use: Anywhere April 1982* Texas April 1982*
*By a related company

Goods/Services: Shirts, sweaters, jackets, caps, warm-up pants, rain coats, ponchos, hat bands, sweat bands

Registered:

Class No.:

Mark:

Disclaimer:

OFFICE USE ONLY

LONGHORNS

Applicant: Board of Regents,
The University of Texas System

Address: 201 West 7th Street
Austin, Texas 78701

SPECIMEN ATTACHMENT





# The State of Texas

## *SECRETARY OF STATE*

### CERTIFICATE OF RENEWAL OF TRADEMARK REGISTRATION

In accordance with the provisions of **CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE,** the attached **APPLICATION FOR RENEWAL** has been filed in the Office of the Secretary of State on the date noted below to renew the registration listed below for an additional 10 year term.

**Registration Number:  38974**

**Original Date of Filing: July 31, 1981**

**Dated: July 9, 2001**



74225573

*Henry Cuellar*
*Secretary of State*



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**

FILED
In the Office of the
Secretary of State of Texas

ⁱJUL 09 2001

Corporations Section

# APPLICATION FOR RENEWAL OF REGISTERED
# TRADEMARK OR SERVICE MARK

Applicant is the owner of a trademark or service mark which has been registered with the Secretary of State and hereby applies for renewal of the registration.

1. Applicant name   **Board of Regents, The University of Texas System**

2. Applicant address   **201 West 7ᵗʰ Street, Austin, Texas 78701**

3. The registered mark is described as   **LONGHORNS**

4. The registration number issued by the secretary of state is   38974

5. Check either A or B below.

   ■ A. The mark is still in use by the applicant in this state.

   ☐ B. The mark is not in use in Texas at this time. Nonuse of the mark is due to special circumstances that excuse the nonuse and is not due to an intention to abandon the mark in this state.

Date:   4/20/01

_Signature of Applicant_

Vice Chancellor and General Counsel
Title

25035159 1

# EXHIBIT B

Case 1:18-cv-00182-RP Document 37 Filed 12/14/18 Page 101 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/28/18 Page 2 of 37



in  Q Search

Leads for Attorneys    - Need New Legal Clients? Get New Leads Sent Daily (Recommended)    Ad ···



Longhornville.com Texas • 3rd

CEO at LONGHORNville LTD.

LONGHORNville LTD.

Austin, Texas Area • 206

Connect

## Experience

**CEO**
LONGHORNville LTD.
Jan 2010 – Present • 7 yrs 9 mos

### Contact and Personal Info

Longhornville.com's Profile

Show more ⌄



People Also Viewed

**The Elite Cheer Company** • 3
Business Owner at The Elite Che
Company

**Dan Casey** • 3rd
Program Control, Financial Anal

**Jim Murray** • 3rd
Aircraft interior finish specialist

**John Gault**
Self-Publishing House at Creativ
Independent Authors

**seymour Steven** • 3rd
night club owner operator at Pa
Steven Seymour Presents

**Toni Brown**
Owner at A-LIST Raffle Girls

**Randy Burrows**
Sports Professional

**Jennette Campbell** • 3rd
Photography and Design Profes

**Angela Davis** • 3rd
Photographer, Experienced Pro
and Web Search Evaluator

**Chad Peoples** • 3rd
C&J Financial Group - VP Investo
Relations

Messaging

Case 1:18-cv-00182-RP Document 37 Filed 12/14/18 Page 102 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/28/18 Page 5 of 37

LinkedIn

Search

Try Premium
for Free







Case 1:18-cv-00182-LY Document 37-1 Filed 12/14/18 Page 106 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/28/18 Page 7 of 37



# Cart $19.99 1

# Products

- Tees

- Contact

*Online Store by Big Cartel*
1 Menu The LONGHORNville Store





Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 107 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/23/18 Page 8 of 37



# "Texas Fight" "I Bleed Burnt Orange" Shirt

$24.99

Small ▼



Burnt Orange shirt w/ white letters
Double sided

Case 1:18-cv-00182-RP Document 37 Filed 12/14/18 Page 108 of 247



# Cart $19.99 1

# Products

- Tees

- Contact

*Online Store by Big Cartel*
1 Menu The LONGHORNville Store





Texas Fight shirt $19.99 / On Sale

"Texas Fight" "I Bleed Burnt Orange" Shirt $24

Case 1:18-cv-00182-RP Document 37 Filed 12/14/18 Page 109 of 247

Case 1:18-cv-00182-RP Document 1-2 Filed 02/26/18 Page 10 of 37

Case 1:18-cv-00182-LY   Document 37   Filed 13/14/18   Page 110 of 247
Case 1:18-cv-00182-RP   Document 1-2   Filed 02/26/18   Page 11 of 37



# [Cart $19.99 1](#)

# [Products](#)

- [Tees](#)

- [Contact](#)

*[Online Store by Big Cartel](#)*
[1](#) [Menu](#) [The LONGHORNville Store](#)



9/12/2017

Case 1:18-cv-00182-LY   Document 37   Filed 13/14/18   Page 111 of 247
Case 1:18-cv-00182-RP   Document 1-2   Filed 02/26/18   Page 12 of 57

The Longhornville Store - Texas Fight shirt

2/2

11˝ wide design



# Texas Fight shirt

$19.99 / *On Sale*

Add to Cart

9/12/2017
Case 1:18-cv-00182-RP Document 37-2 Filed 12/14/18 Page 112 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/28/18 Page 13 of 57

LONGHORNville.com

 Eric    Home 20+    Find Friends





**LONGHORNville.com**

Home

**About**

Photos

Videos

LONGHORNville
Store

LONGHORNville Store

Posts

Community

Create a Page

Like    Follow    Share    Send Message

## About                                                    Suggest Edits

### PAGE INFO

⚑ Born on January 1, 1963

### CONTACT INFO

📞 Call (512) 720-0135

⊚ LONGHORNville.com    Send Message

✉ fans@longhornville.com

🌐 http://longhornville.com

### MORE INFO

ⓘ About
LONGHORNville.com is a social network for die-hard
Longhorn fans to talk, text, share pics and get involved in
their team while helping others. :-)

School Sports Team

### STORY

can not only find Hot Spots in your town to enjoy your
HORNS, but also interact with other LONGHORNVILLE
CITIZENS around the Country. Were building the largest
fan club in the Nation. So go to our website at
http://longhornville.com/ and become a Citizen and be a
part of something BIG. Hook Em' Horns!

Seymour Champs

⚑ Milestones

1963    Born on January 1, 1963

About    Premium Privacy Policy    Standard Privacy Policy    Cookies    Acceptable Use Policy    Standard Terms of Service    Help

Facebook © 2017
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

Chat (Off)

9/12/2017     LONGHORNvillecom - Photos

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 113 of 247
Case 1:18-cv-00182-RP   Document 1-2   Filed 02/26/18   Page 14 of 57

| LONGHORNville.com | |  Eric   Home 20+   Find Friends |





## LONGHORNville.com

- Home
- About
- **Photos**
- Videos
- LONGHORNville Store
- LONGHORNville Store
- Posts
- Community

[ Create a Page ]

| Like | Follow | Share | | Send Message |

3 photos were posted by other people. See All

**Albums**     See All

   

| Timeline Photos 1 Photo | Mobile Uploads 14 Photos | Cover Photos 10 Photos | Profile Pictures 7 Photos |

### All Photos



Chat (Off)

Case 1:18-cv-00182-Y Document 37 Filed 12/14/18 Page 114 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/26/18 Page 15 of 57



About    Premium Privacy Policy    Standard Privacy Policy    Cookies    Acceptable Use Policy    Standard Terms of Service    Help

Facebook © 2017
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

Chat (Off)

Case 1:18-cv-00182-LY Document 37 Filed 12/14/18 Page 115 of 247
Case 1:18-cv-00182-RP Document 1-2 Filed 02/28/18 Page 16 of 57

LONGHORNville.com

 Eric    **Home** 20+    **Find Friends**





# LONGHORNville.com

Home

About

**Photos**

Videos

LONGHORNville

Store

LONGHORNville Store

Posts

Community

Create a Page

Like    Follow    Share      Send Message

Albums    Profile Pictures

## Profile Pictures

7 Photos · Updated 2 years ago



---

About    Premium Privacy Policy    Standard Privacy Policy    Cookies    Acceptable Use Policy    Standard Terms of Service    Help

Facebook © 2017
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

Chat (Off)



LONGHORNville.com

Eric    Home 20+    Find Friends



## LONGHORNville.com

Home

About

**Photos**

Videos

LONGHORNville
Store

LONGHORNville Store

Posts

Community

Create a Page



Like        Follow        Share                    Send Message

Albums    Cover Photos

### Cover Photos
10 Photos · Updated 2 years ago



Like        Comment        Share

Write a comment...

Chat (Off)

Case 1:18-cv-00182-LY  Document 37  Filed 13/14/18  Page 117 of 247
Case 1:18-cv-00182-RP  Document 1-2  Filed 02/28/18  Page 18 of 37

Facebook © 2017

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

**Chat (Off)**

# LONGHORNVILLE.COM



| Tweets | Following | Followers | | Follow |
|---|---|---|---|---|
| 809 | 255 | 122 | | |

**fans**
@longhornville

The University of Texas' #1 (unofficial) FAN CLUB!

© Austin, Texas
🔗 longhornville.com
📅 Joined September 2009

📷 Photos and videos



**Tweets**   **Tweets & replies**   **Media**

**fans** @longhornville · 6 Aug 2015
It's HORNSmas at LONGHORNville Download Songs for a LIKE Now!
music.longhornville.com

We ARE Texas! Let's show... fb.me/2fEHDjrwV

💬   🔁 1   ♡

**fans** @longhornville · 8 Jul 2015
music.cruziaanrumsounds.com/always-win-wit...

What do YOU think? fb.me/1TeAgbQPy

💬   🔁   ♡

**fans** @longhornville · 4 Jul 2015
Listen to this Longhorn piece of magic "Always win with Grace! (Go Texas)
music.cruziaanrumsounds.com fb.me/24Zu7s2DW

💬   🔁   ♡

**Promoted Tweet**

**Buzzinga News** @BuzzingaNews · May 30
Watch until the END, it's the very best part!

**When This 15-Year-Old's Marine Dad Began Dancing, No one believed!**
buzzinganews.com

▶ Promoted

💬 376   🔁 2.2K   ♡ 6.9K

**fans** @longhornville · 25 Jun 2015
This song is amazing! Music.longhornville.com fb.me/2iqjsE2eh

💬   🔁   ♡

**fans** @longhornville · 21 May 2015
Replying to @CedReed_DE

@Ced_Reed88 @qdiggs6 Check the new Raggae Rap version of our "I'm so Burnt Orange" jam

💬   🔁   ♡

**fans** @longhornville · 21 May 2015
New Music for Longhorn fans. music.longhornville.com
Rap, Raggae, Country, and Dance 😄

💬   🔁   ♡ 2

**fans** @longhornville · 4 May 2015
Do you Bleed Burnt Orange? Listen now. Share with a friend.
music.longhornville.com fb.me/4fiCE3GXw

💬   🔁   ♡ 1

**fans** @longhornville · 30 Apr 2015
"Soft Foam Jerome" is doing cartwheels! come in now no wait and let us put a 'sparkle' on what drives you! fb.me/3lVlXmqnv

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**You may also like** · Refresh

**Michael** @jacksomi63
**Justin Owens** @JustinBorn6th
**Ryan Kahanek** @RynoHorn87
**San Jose Sharks** ✓ @SanJoseSharks
**GoldenStateWarriors** ✓ @warriors

**Worldwide trends**
**#AppleEvent** 
See the latest announcements from Apple's event.
▶ Promoted by Apple

**#FelizMartes**
26.7K Tweets

**#LaLunaSangreEvolution**
149K Tweets

**Apareció Bryanna**
12.3K Tweets

**#VideoGamesDay**
13K Tweets

#قائمة_شتها_بتويتر
16.3K Tweets

**Zezé di Camargo**
11.1K Tweets

인출 분납
7,508 Tweets

나의 정신연령
6,074 Tweets

サラトガ
24.5K Tweets

© 2017 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info





fans @longhornville · 25 Dec 2014
fb.me/3hiPgs2ck

fans @longhornville · 24 Dec 2014
fb.me/6WTfVuIc0

fans @longhornville · 24 Dec 2014
My friend Robert is working today. :-( But he's giving excellent deals if you're looking for a Christmas Eve... fb.me/1H5YFYZYg

fans @longhornville · 24 Dec 2014
My friend Robert is working today. :-( But he's giving excellent deals if you're looking for a Christmas Eve... fb.me/3N10ko8qS

fans @longhornville · 24 Dec 2014
"We ARE Texas!" :-)
LONGHORNville.com fb.me/6VQjNG70Y

fans @longhornville · 24 Dec 2014
"We ARE Texas!"
We are STRONG!
Get your towel on! :-)
LONGHORNville.bigcartel.com
Just $9.95 fb.me/1uQeLwLKb

fans @longhornville · 24 Dec 2014
"We ARE Texas!" This is one reason... fb.me/3hA9nIVIZ

fans @longhornville · 24 Dec 2014
Print Magazine - Horns Illustrated fb.me/71crS1dQ9

fans @longhornville · 23 Dec 2014
This is why..."We BLEED Burnt Orange!" Share it with a friend. :-)
fb.me/6pFRXzixG

fans @longhornville · 23 Dec 2014
fb.me/6mXljEeH6

fans @longhornville · 23 Dec 2014
fb.me/3B9Zej1uJ

fans @longhornville · 23 Dec 2014
"Son, I know you thought about A&M, Alabama, and LSU, but at TEXAS not only will you shine on the field you will... fb.me/41iLCjBcN

fans @longhornville · 23 Dec 2014
"Son, I know you thought about A&M, Alabama, and LSU, but at TEXAS not only will you shine on the field you will... fb.me/7e7MJL0y0

fans @longhornville · 23 Dec 2014
fb.me/3tQ7a38j3

fans @longhornville · 23 Dec 2014
That's what we're talking about. HOOK EM' we Love early Christmas gifts. :-)
HOOK EM'
LONGHORNville.com fb.me/6utYK8NFy

fans @longhornville · 23 Dec 2014
fb.me/2A6e2rH53

fans @longhornville · 23 Dec 2014
fb.me/1SSDo69e1

fans @longhornville · 23 Dec 2014
"We ARE Texas!"
LONGHORNville.com fb.me/3YtI7rWrO

fans @longhornville · 23 Dec 2014
"A message to the weak..." :-)
LONGHORNville.bigcartel.com fb.me/1qutIIDvT9

Case 1:18-cv-00182-RP Document 1-2 Filed 02/26/18 Page 23 of 57

The LONGHORNville Store.
TEXAS scholarships for smart, underprivileged TEXAS KIDS.
longhornville.bigcartel.com

**fans** @longhornville · 23 Dec 2014
fb.me/2Y6vHJtyi

**fans** @longhornville · 23 Dec 2014
fb.me/6ZqwJCphl

**fans** @longhornville · 23 Dec 2014
"We ARE Texas!" fb.me/3oEoll4VJ

**fans** @longhornville · 23 Dec 2014
fb.me/3iigH38MG

**fans** @longhornville · 20 Dec 2014
"We ARE Texas!" Congratulations :-( fb.me/3pKOAJwJx

**fans** @longhornville · 19 Dec 2014
We're getting STRONGer, and STRONGer... everyday. :-)
HOOK EM'
LONGHORNville.com fb.me/79SH3QNys

**fans** @longhornville · 19 Dec 2014
We're getting STRONGer :-) fb.me/3lvOsavwG

**fans** @longhornville · 19 Dec 2014
No. 1 LB Malik Jefferson commits Texas Longhorns with teammate DeAndre McNeal fb.me/6W3bTWm82

**fans** @longhornville · 19 Dec 2014
fb.me/2A7pEv4Ey

**fans** @longhornville · 19 Dec 2014
fb.me/3wDTTSQKT

**fans** @longhornville · 18 Dec 2014
Get a towel and wave your Texas Pride :-) fb.me/6XFfYxTYN

**fans** @longhornville · 17 Dec 2014
Longhornville.com is organizing the largest fan club in the country to support those young men and women on their journey to success!

**fans** @longhornville · 16 Dec 2014
"We ARE Strong!" Towels are selling for the game! :-) Get one and show your Pride or stuff someone's stocking at:
longhornville.bigcartel.com

**fans** @longhornville · 10 Dec 2014
LONGHORNville, Texas fb.me/1Es1PZjax

**fans** @longhornville · 10 Dec 2014
19 days til' we crush Arkansas. Do you Bleed Burnt Orange? Order a towel, now! Have it in 3 Days :-)... fb.me/6VoZ2VoRP

**fans** @longhornville · 10 Dec 2014
Strong talks Swoopes, spring QB competition, adding a transfer
fb.me/30o5QqJrf

**fans** @longhornville · 8 Dec 2014
We have a new song coming out for our HORNS in a few days to get the city pumped... stay tuned :-)
HOOK EM'
longhornville.com

**fans** @longhornville · 7 Dec 2014
Let't be "Strong" together for the Texas Bowl :-)
longhornville.bigcartel.com fb.me/6V1RzuPLP





**fans** @longhornville
Let's start a new TEXAS tradition and wear purple on Saturday for the defeat of TCU. :-)

**fans** @longhornville · 25 Nov 2014
"Focused on one thing, the Gift that tough work brings. Studying Hard and giving your all."... fb.me/1CmiavERF

**fans** @longhornville · 25 Nov 2014
Download our new song "The Great 40 Acres" FREE.
music.longhornville.com
:-)
Join the fan club and help us... fb.me/4afzPPhf0

**fans** @longhornville · 24 Nov 2014
We're trying to make History! Donate now. Show Strong we Bleed Burnt Orange... And help someone. music.longhornville.com

**fans** @longhornville · 24 Nov 2014
fb.me/4gJ479dyD

**fans** @longhornville · 24 Nov 2014
"Do you Bleed Burnt Orange"
Get a Towel. longhornville.com fb.me/1OfkEhrnR

**fans** @longhornville · 21 Nov 2014
longhornville.com
Fill the Stadium with LOVE :-) fb.me/1gsvwfGiR

**fans** @longhornville · 21 Nov 2014
fb.me/36VhcbF01

**fans** @longhornville · 21 Nov 2014
"Help Us... RALLY Them!" To the Bone :-)
Download our new song "The Great 40 Acres" FREE.... fb.me/1ltwx4GJR

**fans** @longhornville · 21 Nov 2014
Donating Plasma for that HORNS' win against West Virginia! Do you Bleed Burnt Orange? Join the club. :-)... fb.me/4103gumvg

**fans** @longhornville · 20 Nov 2014
fb.me/2RTSW4cPG

**fans** @longhornville · 20 Nov 2014
"We ARE Texas" :-)
longhornville.com fb.me/2LhJdGbPp

**fans** @longhornville · 20 Nov 2014
Wanna dance? music.longhornville.com fb.me/6OHPTAk6R

**fans** @longhornville · 19 Nov 2014
fb.me/7B3XhKrXS

**fans** @longhornville · 19 Nov 2014
Texas Football: 2015 Big 12 Football Schedule Announced | Horns Illustrated
fb.me/1jfQ7oXWN

**fans** @longhornville · 19 Nov 2014
"I bought you a "towel" for your Bowl Time woes..." We're gonna fill DKR. here. :-)

**fans** @longhornville · 19 Nov 2014
fb.me/2Fb9tBvFt

**fans** @longhornville · 19 Nov 2014
"We ARE Texas!"
music.longhornville.com
Listen. Learn. LOVE :-) fb.me/1sSC7Yujj

**fans** @longhornville · 18 Nov 2014
Local Artist, Longhorn Music, Longhorn Pride :-) music.longhornville.com

**fans** @longhornville
Download and Learn the words. :-) we're trying to get it played on Thanksgiving in the stadium. Tell a friend..... fb.me/3unLVqDFR

**fans** @longhornville · 17 Nov 2014
'The Great 40 Acres' Free Now!
music.longhornville.com fb.me/7ayvf8IgG

**fans** @longhornville · 17 Nov 2014
"I just want a Texas Towel to keep me warm Thanksgiving Day! :-)"

**The LONGHORNville Store**
"Help Us... rally THEM!" Get a shirt here and help us get TEXAS scholarships for smart. underprivileged TEXAS KIDS.
longhornville.bigcartel.com

**fans** @longhornville · 17 Nov 2014
New Longhorn song free :-) music.longhornville.com fb.me/6WnmCRUFF

**fans** @longhornville · 17 Nov 2014
Let's bring something for TCU and A&M to wipe their tears with and fill the Stadium :-) Order Now!... fb.me/6ZOxCWGd7

**fans** @longhornville · 17 Nov 2014
LONGHORNville, Texas fb.me/3pdbzRwUf

**fans** @longhornville · 17 Nov 2014
burntorange - Only in Texas fb.me/4xEKsL2Ei

**fans** @longhornville · 17 Nov 2014
burntorange - Only in Texas fb.me/6UPR3STqy

**fans** @longhornville · 16 Nov 2014
Let's fill the stadium in Thanksgiving :-) order now. fb.me/43KZsrmX1

**fans** @longhornville · 16 Nov 2014
Let's fill the stadium and show our pride with these on Thanksgiving. Order Now :-) longhornville.com fb.me/7c35pjAv8

**fans** @longhornville · 16 Nov 2014
New LONGHORN Song
music.longhornville.com
Spread the word :-) fb.me/3vm2wGr0Q

**fans** @longhornville · 16 Nov 2014
fb.me/6TguoueZ4

**fans** @longhornville · 16 Nov 2014
Please Listen and download our new song FREE. We're trying to get Longhorns Excited. :-)... fb.me/6NMpHCAnX

**fans** @longhornville · 16 Nov 2014
Longhorns could face off with an old rival in their bowl game fb.me/76BVJIrvS
♡ 2

**fans** @longhornville · 15 Nov 2014
"The Great 40 Acres, Land of Dreammakers. Students of Hope come from here and abroad. Focused on one thing, the... fb.me/3lRrumw55

**fans** @longhornville · 15 Nov 2014
All our LONGHORN players are sitting in the front row in class, wearing a tie. getting good grades, and getting... fb.me/3tcNfPtcM

**fans** @longhornville · 15 Nov 2014
Listen to our new song 'The Great 40 Acres' music.longhornville.com
Spread the word. :-) fb.me/6TEsZfg2v

**fans** @longhornville · 15 Nov 2014
Listen to our new song 'The Great 40 Acres' longhornville.com
Spread the word. :-) fb.me/6ZtM81sO2

**fans** @longhornville · 15 Nov 2014
music.longhornville.com
Spread the Word :-) fb.me/3W5Yjf8XG

**fans** @longhornville · 15 Nov 2014
Celebrate and download FREE our new song "The Great 40 Acres" (LONGHORNville) by Local Texas EX Joe Blanda and... fb.me/2GNDq7KZe

**fans** @longhornville · 15 Nov 2014
Download song now free. In celebration of our VICTORY.
"The Great 40 Acres"
music.longhornville.com fb.me/1s3Lc4b22

**fans** @longhornville · 15 Nov 2014
When we win! Get a towel and help us fill the stadium with these a break a Guiness World Record! :-) Get yours at... fb.me/401s6cOyV

**fans** @longhornville · 15 Nov 2014
Invest in our Dream. Get the towel. longhornville.com

**fans** @longhornville · 15 Nov 2014
"We ARE Strong!" Help us RALLY Them :-)

**fans** @longhornville · 14 Nov 2014
"The Great 40 Acres, Land of Dream makers, Students of Hope come from here and Abroad" Listen now!
Password: Bevo... fb.me/6UwTCMuzM

**fans** @longhornville · 14 Nov 2014
Password: Bevo
Listen NOW! "The Great 40 Acres"
music.longhornville.com fb.me/3fXkHYYFa

**fans** @longhornville · 14 Nov 2014
LONGHORN fans! Download 4 local Longhorn songs today, FREE
vibedeck.com/burntorange/on...... fb.me/3m2w0mhuI

**fans** @longhornville · 13 Nov 2014
'The Great 40 Acres' by Joe Blanda and Carbon Rey Download FREE before it goes on iTunes.... fb.me/2HGyRH95x

**fans** @longhornville · 13 Nov 2014
"We ARE Texas!" Download 'The Great 40 Acres' NOW! Free:-)
music.longhornville.com fb.me/1SpKFK9FZ

**fans** @longhornville · 12 Nov 2014
Do you Bleed Burnt Orange? Join the Fight. :-)
longhornville.com fb.me/45dSAb1rG

**fans** @longhornville · 12 Nov 2014
Download "The Great 40 Acres" song FREE Now at
music.longhornville.com

**fans** @longhornville · 12 Nov 2014
HOOK EM' HORNS
longhornville.com

**fans** @longhornville · 12 Nov 2014
fb.me/2r3eQd0KM

**fans** @longhornville · 12 Nov 2014
Download "The Great 40 Acres" (LONGHORNvile) song  FREE for the next hour!
music.longhornville.com

**fans** @longhornville · 12 Nov 2014
Our Challenge!

We want all fans to invest a personal interest in our HORNS... and help others.

1) Join our fan... fb.me/2KxjtvwXX

**fans** @longhornville · 12 Nov 2014
Texas starting to flash identity for future fb.me/2TA7Hnom4

**fans** @longhornville · 10 Nov 2014
We won:-) show you Pride and donate a pint of plasma for that Longhorn win.
Take the LHV CHALLENGE and help us... fb.me/3l8GGdEzy

**fans** @longhornville · 10 Nov 2014
Do you Bleed Burnt Orange? Take the LHV CHALLENGE and show your team
pride while helping others. This is my 16th... fb.me/743LvjUAg

**fans** @longhornville · 9 Nov 2014
Congratulations HORNS "We Bleed Burnt Orange" Join Now!
longhornville.com :-) fb.me/3vQgQ/6zM

**fans** @longhornville · 4 Nov 2014
All our LONGHORN players are sitting in the front row in class, wearing a tie,
getting good grades, and getting... fb.me/4jkQpczYY

**fans** @longhornville · 31 Oct 2014
"If YOU Bleed Burnt Orange". Take the LNV Challenge and donate Plasma
once (per week) if we Win, Twice if we... fb.me/2JjVSGmFl

**fans** @longhornville · 31 Oct 2014
I'm HERE :) "If you BLEED Burnt Orange" Donate Plasma once that week if we
Win, Twice if we lose. Take the LHV... fb.me/2Xt1pUL2b

**fans** @longhornville · 29 Oct 2014
Another Plasma donation. To show my Texas Pride and help others. Why
don't you donate today? :-) fb.me/1CeEQWu8v
♡ 1

**fans** @longhornville · 24 Oct 2014
I posted a new photo to Facebook fb.me/2gyh2uz8k

**fans** @longhornville · 24 Oct 2014
fb.me/3ehYYc5RW

**fans** @longhornville · 23 Oct 2014
Please... Listen. LOVE. Share
music.longhornville.com fb.me/7sQZgEM6K

**fans** @longhornville · 23 Oct 2014
Listen. LOVE. Longhorn Dance. Share. :-)
music.longhornville.com fb.me/6MZadl7lk

**fans** @longhornville · 22 Oct 2014
Get it on Pay Pay!
longhornville.com fb.me/3jl2fxtF2

**fans** @longhornville · 21 Oct 2014
Support our team get your Longhorn towel at Pay Pal  $9.94 and support
Scholarships for underprivileged kids with... fb.me/3YC1DVc9a

**fans** @longhornville · 21 Oct 2014
On sale now! Just $9.95 on Pay Pal. :-) bigcartel.longhornville.com
fb.me/1qnCX0utP

**fans** @longhornville · 21 Oct 2014
Longhorns Football: Swoopes Earns Honorable Mention for National Player of
the Week Award |... fb.me/1tlAj0D76
♡ 1

**fans** @longhornville · 20 Oct 2014
One win at a time:-) Good Job Texas :-) fb.me/3R41ZdtYH

**fans** @longhornville · 20 Oct 2014
Donating plasma for that UT win :-) you should take the LHV Challenge.
longhornville.com fb.me/2cRj0dfND

**fans** @longhornville · 19 Oct 2014
Aggie fans looking at the scoreboard. :-)
longhornville.com fb.me/2WQUz52Kf

**fans** @longhornville · 19 Oct 2014
fb.me/3eUpMYZm

**fans** @longhornville · 19 Oct 2014
Another day in Paradise! :-)
Http:// longhornville.com fb.me/1K5ejsFZ2

**fans** @longhornville · 17 Oct 2014
Sing with us... (To the Margaritaville music)
"Chasing a dream again in LONGHORNville, waiting for that tower to...
fb.me/1noz7Mo0V

**fans** @longhornville · 17 Oct 2014
LHN Commercial: Earl Campbell, Master of the Gridiron and Grill
fb.me/4wL8s3FM3

**fans** @longhornville · 17 Oct 2014
LHN Commercial: Earl Campbell, Master of the Gridiron and Grill
fb.me/1FkKNzyK4

**fans** @longhornville · 17 Oct 2014
LHN Commercial: Earl Campbell, Master of the Gridiron and Grill
fb.me/2FUCx4KOa

**fans** @longhornville · 17 Oct 2014
LHN Commercial: Earl Campbell, Master of the Gridiron and Grill
fb.me/2GRSdY3Y4

**fans** @longhornville · 17 Oct 2014
LHN Commercial: Earl Campbell, Master of the Gridiron and Grill
fb.me/1vKJNLbBo

**fans** @longhornville · 17 Oct 2014
Join the club and get invited to the tailgate tomorrow. Full bar, great food,
and listen to the debut... fb.me/2vb1Rqz0p

**fans** @longhornville · 17 Oct 2014
fb.me/3GSA6nhfD

**fans** @longhornville · 17 Oct 2014
fb.me/3yhl086za

**fans** @longhornville · 17 Oct 2014
Listen, Love, Like :-)
Http:/:Music.longhornville.com fb.me/785BX8uPO

**fans** @longhornville · 17 Oct 2014
'LONGHORNville' song... Listen, LOVE, Share :-)
music.longhornville.com fb.me/1nM4qNnXD

**fans** @longhornville · 16 Oct 2014
New song 'LONGHORNville'
Please 'like' it, if you like it :-)
music.longhornville.com fb.me/6pVGEpiam

**fans** @longhornville · 16 Oct 2014
Have you seen the new LHN Commercial?
youtube.com/watch?v=OQT8PE... fb.me/7cETMCIsr

**fans** @longhornville · 16 Oct 2014
Hook EM' I made it! :-) fb.me/6NKPico8j

**fans** @longhornville · 16 Oct 2014
Watch out, Florida: Here Comes Charlie fb.me/4rHbqiGHS

**fans** @longhornville · 16 Oct 2014
fb.me/2E7ynsWi8

**fans** @longhornville · 15 Oct 2014
Sing along NOW "The Great 40 Acres, Land of Dream makers. Students of
Hope come from here and abroad. Focused on... fb.me/2dRV818z6

**fans** @longhornville · 14 Oct 2014
Do you really bleed Burnt Orange. Join the fan club.





"Some coaches teach football, others turn boys into me and change lives..."
CR fb.me/2z6qQagcA

**fans** @longhornville · 28 Sep 2014
Support the Dream! :-) Buy now. Have by Saturday (Guaranteed)....
fb.me/6M3hxlC92

**fans** @longhornville · 28 Sep 2014
We're building momentum:-)
Let's show Charlie and the World how Strong we are!!!
Join now. longhornville.com fb.me/4IaIcFPFh

**fans** @longhornville · 28 Sep 2014
We won!!! Take the LHV Challenge. Donate blood or Plasma somewhere this
week and send us a pic:-)... fb.me/7chIuyuOk

**fans** @longhornville · 28 Sep 2014
Horns Capitalize on Kansas' Mistakes In Crucial 23-0 Win - Horns Illustrated
fb.me/1o7m8nyO4

**fans** @longhornville · 28 Sep 2014
Texas Shuts Out Kansas in Big 12 Opener fb.me/2Z3oSfiT8

**fans** @longhornville · 27 Sep 2014
Get a towel. Bring it to the stadium Saturday.
longhornville.com fb.me/3yhIQLhsJ

**fans** @longhornville · 27 Sep 2014
fb.me/2r2SbIgLQ

**fans** @longhornville · 27 Sep 2014
longhornville.com fb.me/1DNTYHi76

**fans** @longhornville · 27 Sep 2014
"We ARE Texas" :-) fb.me/35QgAfM9v

**fans** @longhornville · 27 Sep 2014
Join the Club. :-)
longhornville.com fb.me/3qeZARxIW

**fans** @longhornville · 27 Sep 2014
"I think Charlie needs a Gatorade bath :-) can I get an Amen?" Http://
longhornville.com fb.me/7bd3mfY6Q

**fans** @longhornville · 27 Sep 2014
Dance with me:-) RU 'Happy' UT version. m.youtube.com/watch?v=7VMrlv...
fb.me/6IC7uBhH1

**fans** @longhornville · 27 Sep 2014
Dance with me:-) RU 'Happy'
UT style. textex.es/zgrpc2 fb.me/1FgqZk484

**fans** @longhornville · 27 Sep 2014
Texas Fans...Are you 'Happy'?
Dance with me Texas style:-)

**fans** @longhornville · 27 Sep 2014
We ARE.... fb.me/6JrazXYO8

**fans** @longhornville · 27 Sep 2014
"We ARE..... fb.me/2TNX5N3mp

**fans** @longhornville · 27 Sep 2014
"You all follow the rules. I'm proud of you. Fans are proud. Now let's play
some football and beat Kansas" fb.me/6IA3p4Fzn

**fans** @longhornville · 27 Sep 2014
fb.me/2By0aawz4

**fans** @longhornville · 26 Sep 2014

Next 20 get a Free towel :-)

**fans** @longhornville · 26 Sep 2014
Buy a towel. Http://longhornville.bigcartel.com fb.me/3iTPAgpG0

**fans** @longhornville · 26 Sep 2014
fb.me/3P2i2wJlm

**fans** @longhornville · 26 Sep 2014
fb.me/3g1i4OHMm

**fans** @longhornville · 26 Sep 2014
LONGHORNville.com found this little treat for LONGHORN fans ONLY! Are you happy :-) fb.me/4I7W34QeN

**fans** @longhornville · 26 Sep 2014
fb.me/1xPrw7hf3

**fans** @longhornville · 26 Sep 2014
fb.me/3huh1Ip8o

**fans** @longhornville · 26 Sep 2014
Join Now.
longhornville.com fb.me/1EuMmKltP

**fans** @longhornville · 26 Sep 2014
Join Now.
longhornville.com fb.me/1xNGKe2sS

**fans** @longhornville · 26 Sep 2014
fb.me/6MV1JElMf

**fans** @longhornville · 26 Sep 2014
Yep! fb.me/72H3uEv7T

**fans** @longhornville · 26 Sep 2014
"I know this sounds stupid, but I thought the game was Friday morning..." Become a Citizen we have exact... fb.me/2SwyshCkv

**fans** @longhornville · 26 Sep 2014
"I know this sounds stupid, but I thought the game was Friday morning..." Become a Citizen we have exact... fb.me/3P4ME7H1O

**fans** @longhornville · 26 Sep 2014
Meanwhile, Strong has dismissed nine Texas players over violations of team policies and suspended three others... fb.me/76hg5obqx

**fans** @longhornville · 26 Sep 2014
Burning with Passion,
Join the club.
longhornville.com fb.me/77CEksX96

**fans** @longhornville · 25 Sep 2014
They did in Pittsburg in '75. Let's fill the stadium with PRIDE! Order now.
Http:// longhornville.com fb.me/3sFg4zIBT

**fans** @longhornville · 25 Sep 2014
They did in Pittsburg in '75. Let's fill the stadium with PRIDE! Order now.
Http:// longhornville.com fb.me/7vqwvWHYQ

**fans** @longhornville · 25 Sep 2014
"Morning Coach, players, my 'AGGIE'wife says I'm not die- hard. So I'm gonna run with you, this morning, HOOK EM'" fb.me/2GC2PmkRm

**fans** @longhornville · 25 Sep 2014
Charlie Strong Availability (Sept. 23, 2014) via TexasSports.com | Horns Illustrated fb.me/1xrXLSm88

**fans** @longhornville · 24 Sep 2014
"I see a cold, cold ice bucket. Wait, wait, I see a white mock neck shirt soaked in Gatorade. I see players... fb.me/1aJGoGas4

**fans** @longhornville · 24 Sep 2014
"I see a cold, cold ice bucket. Wait, wait, I see a white mock neck shirt soaked in Gatorade. I see players... fb.me/3zx9WJdcR

**fans** @longhornville · 24 Sep 2014
"Can I please have a RALLY towel to warm me... And the HORNS this week :-)"
longhornville.com fb.me/6Y3SdJKHV

**fans** @longhornville · 24 Sep 2014
Take LONGHORNville Challenge. Donate a pint of Plasma for every game the HORNS win and 2 pints for every loss.... fb.me/3h6dNMTVV

https://twitter.com/longhornville

8:53:54 AM 9/12/2017

Search  Eric    Home **20+**    Find Friends

---

**Carbon Reynolds**
November 5, 2016 · 

http://longhornville.bigcartel.com/.../texas-fight-i-bleed-bu...
Momentum- the strength or force that allows something to continue or to grow stronger or faster as time passes "Help Us... RALLY Them!" Get your Texas Fight Shirt and RALLY towel here and help us get scholarships for underprivileged kids. And win the last 4 games! 🙂
http://LONGHORNville.bigcartel.com



**"Texas Fight" "I Bleed Burnt Orange" Shirt**
Burnt Orange shirt w/ white letters Double sided
LONGHORNVILLE.BIGCARTEL.COM

Like          Comment          Share

2

**Gene M Parker** I guess your out.
Like · Reply · November 5, 2016 at 6:15am

Write a comment...

**Suggested Pages**                    See All

 **Pumpkinstullebox**
6 people like this.
Like

**Jeannie at Artistry Medical Aesthetics**
14 people like this.
Like

 **Winford's Wooden Toys.**
73 people like this.
Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices    ·
Cookies · More
Facebook © 2017

Chat (Off)

Case 1:18-cv-00182-LY  Document 37  Filed 12/14/18  Page 136 of 247
Case 1:18-cv-00182-RP  Document 1-2  Filed 02/28/18  Page 37 of 57

Search

 Eric    Home 20+    Find Friends

**Carbon Reynolds** shared his post.
December 6, 2016 ·

 

**Carbon Reynolds** added 2 new photos.
November 20, 2016 ·

"Help Us... rally THEM!" Get a shirt here and help us get TEXAS scholarships for smart, underprivileged TEXAS KIDS.

http://longhornville.bigcartel.com

Like          Comment          Share

Write a comment...

### Suggested Pages                    See All

**Pumpkinstullebox**
6 people like this.
Like

**Winford's Wooden Toys.**
73 people like this.
Like

**Theatre At The Ridge**
236 people like this.
Like

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices        ·
Cookies · More
Facebook © 2017

Chat (Off)

# EXHIBIT B (cont.)

LONGHORNville, Texas



Sign Up  Sign In

LONGHORNville Store

Home

LHV Music

What is LONGHORNville?

iTunes Music Download

LONGHORNville Challenge?

Rising Artist Heidi Geiger Performs our New Song "Always win with Grace!" Click Here to listen now!



## Our Challenge!

LONGHORNville.com is a fan club, building the largest Fan base in the Country for our Longhorns. Our goal is also to support all our sports teams ans help young fans become

http://longhornville.com/[7/13/2015 7:53:11 AM]

college grads through our scholarship program. Join in on the excitement. Become a fan and you can talk, text and share pics right here on our LONGHORNville, Texas site. Get invited to all our parties, events and celebrations and help support what we hold dear.



Click Here to Order! :-)



On Sale Now! Click Here to get your



Latest Activity

Robin Russell

LONGHORNville, Texas

YOU NEVER KNOW HOW
**STRONG**
YOU ARE...
UNTIL BEING STRONG IS THE
**ONLY** CHOICE YOU HAVE.

Invincible Vince
4th and 5

Members



**McCasland** updated their profile photo

May 18

_____



**Robin Russell McCasland** is now a member of LONGHORNville, Texas

Welcome Them!

May 18

_____



**mattmendez77@gmail.com** is now a member of LONGHORNville, Texas

Welcome Them!

Apr 27

_____



**Lisa Cole** updated their profile photo

Apr 21

_____

View All





**Lisa Cole** is now a member of LONGHORNville, Texas

**Welcome Them!**

Apr 21

_____

**liz smith** is now a member of LONGHORNville, Texas

**Welcome Them!**

Feb 28

_____



**kim johns** is now a member of LONGHORNville, Texas

**Welcome Them!**

Feb 27

_____



**Jamie Walker Deramee** is now a member of LONGHORNville, Texas

**Welcome Them!**

Feb 21



**Cruz Rubio** updated their profile photo

Jan 11

---

**Cruz Rubio** updated their profile photo

Jan 11

---

**Cruz Rubio** updated their profile photo

Jan 11

---

**Cruz Rubio** is now a member of LONGHORNville, Texas

Welcome Them!

Jan 11

---

**Brad** is now a member of LONGHORNville, Texas



Welcome Them!

Dec 31, 2014

Kreg White is now a member of LONGHORNville, Texas

Welcome Them!

Dec 2, 2014

Beto Hook'em Chapa is now a member of LONGHORNville, Texas

Welcome Them!

Dec 2, 2014

Monica Jo Ortiz is now a member of LONGHORNville, Texas

Welcome Them!

Nov 20, 2014

More…

LONGHORNville.com is a fan club for Texas Longhorn fans.

Report an Issue | Terms of Service

© 2015 LONGHORNville, Texas

Powered by

**NING | MODE** SOCIAL



burntorange



# LONGHORNville.com

- Tweet 0
- Like 14
- Share
- g+1 2

Find us on:

We ARE Texas
by burntorange
USD $4.99  Buy & Download Now
Record Label: Cruziaanrum Sounds Austin, Texas
Release date: 20 Jun 2015
© Rights/License All rights reserved
Number of tracks: 6
Media: MP3 instant download



- 
- 
- 
- Always Win With Grace(2)
- 
- 00:00

Buy & Download - USD $4.99

| Track number | Title | Duration | Order | | |
|---|---|---|---|---|---|
| 1. | Always Win With Grace(2) | | 3:08 | 0.99 | Buy |
| 2. | I'm So Burnt Orange Mo Soul Bully | | 3:43 | 0.99 | Buy |
| 3. | Im A Longhorn | | 2:11 | 0.99 | Buy |
| 4. | 'The Great 40 Acres' (LONGHORNville by Joe Blanda and Carbon Rey | | 4:06 | 0.99 | Buy |
| 5. | New Burnt Orange | | 4:39 | 0.99 | Buy |
| 6. | Texas Pride Master | | 3:45 | 0.99 | Buy |

Also available on:

About this release:

LONGHORNville.com has gathered a few local artists to produce music for their Alma Matter and to support that Longhorn Pride! Here's to all y'all out there that Bleed Burnt Orange. Download Now! HOOK EM' :-)

Buy & Download Now

Case 1:18-cv-00182-Y·RP Document·37 — Filed 12/14/18 Page 148 of 247
Case 1:18-cv-00182-RP Document·1-3 Filed·02/26/18 Page 12 of 40

Search

Digital Releases

Powered by VibeDeck | Help

Case 1:18-cv-00182-LY  Document 37  Filed 13/14/18  Page 149 of 247
Case 1:18-cv-00182-RP  Document 1-3  Filed 02/28/18  Page 13 of 40

## LONGHORNville.com

# Cart $14.99 1

# Products

- Tees
- Towel

- Contact
- Back to Site

Online Store by Big Cartel
1 Menu The LONGHORNville Store



7/13/2015
Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 151 of 247
Case 1:18-cv-00182-RP   Document 1-3   Filed 02/26/18   Page 151 of 46



Case 1:18-cv-00182-LY Document 37-s Filed 13/14/18 Page 152 of 247

Case 1:18-cv-00182-RP Document 1-3 Filed 02/26/18 Page 16 of 40

# Texas Fight shirt

$14.99 / On Sale

| small - $14.99 ▼ |

Add to Cart

# LONGHORNville.com

## Cart $14.99 1

## Products

- Tees
- Towel

- Contact
- Back to Site

Online Store by Big Cartel
1 Menu The LONGHORNville Store





Case 1:18-cv-00182-LY   Document 23   Filed 12/14/18   Page 155 of 247

Case 1:18-cv-00182-RP   Document 1-3   Filed 02/26/18   Page 15 of 46



Case 1:18-cv-00182-LY   Document 23   Filed 12/14/18   Page 156 of 247

Case 1:18-cv-00182-RP   Document 1-3   Filed 02/28/18   Page 29 of 46



# "We are Texas!" T-shirt

$14.99 / On Sale

Small - $14.99   ▼

Add to Cart

We are Smart... We are Strong... We are Texas! Get your shirt today and "Help Us... RALLY Them!" And get scholarships for underprivileged kids. :-)

Case 1:18-cv-00182-JMF Document 37 Filed 03/14/18 Page 157 of 247
Case 1:18-cv-00182-RP Document 1-3 Filed 02/26/18 Page 21 of 40

# LONGHORNVILLE.COM

# Cart $14.99 1

# Products

- Tees
- Towel

- Contact
- Back to Site

Online Store by Big Cartel
1 Menu The LONGHORNville Store

Case 1:18-cv-00182-JY — Document 37 — Filed 13/14/18 — Page 158 of 247

Case 1:18-cv-00182-RP — Document 1-3 — Filed 02/28/18 — Page 22 of 46



Case 1:18-cv-00182-JMF Document 37 Filed 03/14/18 Page 159 of 247
Case 1:18-cv-00182-RP Document 1-3 Filed 02/26/18 Page 23 of 46



# 18 x 25" We ARE Strong" towel Burnt Orange

$9.95 / On Sale

Add to Cart

Let's fill the stadium. Get your Premium Quality LONGHORNville RALLY towel here to show your pride and help us get scholarships for underprivileged kids. On Sale now for just $9.95

Join Us @ http://longhornville.com (or CLICK "Back to Site" BUTTON ABOVE)

Case 1:18-cv-00182-JY RP Document 37-3 Filed 12/14/18 Page 160 of 247
Case 1:18-cv-00182-RP Document 1-3 Filed 02/26/18 Page 24 of 40
The LONGHORNville Store - Shirt and Towel

**LONGHORN**ville.com

# Cart $14.99 1

# Products

- Tees
- Towel

- Contact
- Back to Site

Online Store by Big Cartel
1 Menu The LONGHORNville Store

Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 161 of 247

Case 1:18-cv-00182-RP   Document 1-3   Filed 02/26/18   Page 29 of 46





Case 1:18-cv-00182-LY   Document 37   Filed 12/14/18   Page 163 of 247

Case 1:18-cv-00182-RP   Document 1-3   Filed 02/26/18   Page 27 of 40

# Shirt and Towel

$19.99 / On Sale

Small   ▼

Add to Cart

Get a shirt and towel and save!



**BECOME A CITIZEN (FAN)**
**@ LONGHORNVILLE.com**

Here's a little Country and Rap 4 U!

Download NOW :-)



## Only in Texas

BY VARIOUS ARTISTS

[ FREE DOWNLOAD ]

| | |
|---|---|
| RECORD LABEL: | Cruziaanrum Sounds |
| RELEASE DATE: | 14 Apr 0007 |
| © RIGHTS/LICENSE | All rights reserved |
| NUMBER OF TRACKS: | 2 |
| MEDIA: | MP3 instant download |



I'm a LONGHORN by Joe Blanda — 00.00

1. I'm a LONGHORN by Joe Blanda — 2:11
2. Burnt Orange by Modeja Navarro — 3:44



Tweet 0 — Like 0
Share — g+1 60

ALSO AVAILABLE ON: iTunes

🔍 Search

Digital Releases









Back to site

# LONGHORNville.com



## LHV Hat



### $12.99

Get your new "Royale" cap Here!

**Coming Soon**

## Cart

- 0 items
- $0.00

View Cart

4/23/2014                          LONGHORNville.com — LHV Hat

Checkout

## Search

[              ]  | GO |

## Categories

- All
- Hats
- Towel
- Wristbands

## Newest Products

- "Peace Love HORNS" wristband (White)
- "The HORNS of TEXAS" wristband (Burnt Orange)
- LHV Hat
- NEW! Texas Fight Towel

## Info

- Contact

Powered by Big Cartel

<u>Back to site</u>

# LONGHORNville.com



## NEW! Texas Fight Towel



### $12.99 - On Sale

"Help Us... RALLY Them!" Get your Premium Quality Longhorn RALLY towel (the same company that makes the famous "Terrible Towel") here to show your UT pride and help us get UT scholarships for underprivileged kids. A portion of the proceeds goes to our LONGHORNville scholarship fund! On Sale now for just $12.99

Join Us @ http://longhornville.com (or CLICK "Back to Site" BUTTON ABOVE)

Add to cart

## Cart

- 0 items
- $0.00

Case 1:18-cv-00182-RP Document 37-3 Filed 12/14/18 Page 172 of 247
Case 1:18-cv-00182-RP Document 1-3 Filed 02/26/18 Page 36 of 40

4/23/2014                                    LONGHORNville.com — NEW! Texas Fight Tow...

View Cart
Checkout

# Search

[                    ]  [ GO ]

# Categories

- All
- Hats
- Towel
- Wristbands

## Newest Products

- "Peace Love HORNS" wristband (White)
- "The HORNS of TEXAS" wristband (Burnt Orange)
- LHV Hat
- NEW! Texas Fight Towel

## Info

- Contact

Powered by Big Cartel

Back to site





## "The HORNS of TEXAS" wristband (Burnt Orange)



- 1
- 2

Previous
Next

### $3.99 - On Sale

"Help Us... RALLY Them!" Get your LONGHORNville wristband here to show your UT pride and help us get UT scholarships for underprivileged kids. A portion of the proceeds goes to our LONGHORNville scholarship fund! On Sale now for just $3.99

Join Us @ http://longhornville.com (or CLICK "Back to Site" BUTTON ABOVE)

Add to cart

## Cart

- 0 items
- $0.00

View Cart
Checkout

## Search

[　　　　　　　] GO

## Categories

- All
- Hats
- Towel
- Wristbands

## Newest Products

- "Peace Love HORNS" wristband (White)
- "The HORNS of TEXAS" wristband (Burnt Orange)
- LHV Hat
- NEW! Texas Fight Towel

## Info

- Contact

Powered by Big Cartel

Back to site



# LONGHORNville.com



## "Peace Love HORNS" wristband (White)



- 1
- 2

Previous
Next

### $3.99 – On Sale

"Help Us... RALLY Them!" Get your LONGHORNville wristband here to show your UT pride and help us get UT scholarships for underprivileged kids. A portion of the proceeds goes to our LONGHORNville scholarship fund! On Sale now for just $3.99

Join Us @ http://longhornville.com (or CLICK "Back to Site" BUTTON ABOVE)

4/23/2014                                    LONGHORNville.com— "Peace Love HORNS" wristbal.    /hite)

Add to cart

## Cart

- 0 items
- $0.00

View Cart
Checkout

## Search

[          ]  GO

## Categories

- All
- Hats
- Towel
- Wristbands

## Newest Products

- "Peace Love HORNS" wristband (White)
- "The HORNS of TEXAS" wristband (Burnt Orange)
- LHV Hat
- NEW! Texas Fight Towel

## Info

- Contact

Powered by Big Cartel

# EXHIBIT C

PTO Form 1960 (Rev 9/2007)
OMB No. 0651-0050 (Exp. 07/31/2017)

# Request for Reconsideration after Final Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85884496 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | http://tsdr.uspto.gov/img/85884496/large |
| **LITERAL ELEMENT** | TEXAS FIGHT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |

At issue is whether Texas Fight and Texas Fighter are likely to be confused for one another on the basis of appearance, sound, and commercial impression, and moreover that some of our goods and distribution channels will be the same.

Not addressed was the significant aspect of what a 'fight song' is, *inter alia*. We believe, and hope to demonstrate, that these trademarks could not be more different, in terms of meaning, which is central when it is alleged we stand to benefit from confusion between our companies or products.

Texas Fighter refers to a company promoting MMA (mixed martial arts) combat, with actual pugilists. 'Texas Fight' refers to a spirit group or glee club or cheerleaders, who typically have a 'fight song', which is how a playing team's morale is raised, by getting the audience to cheer.[i]  It is a 'go team' concept.   A 'fight song' is a class of song, like a dirge or hymn or canon. [ii]

In light of this, there is little or no similarity in connotation (Trademark Manual of Examining Procedure, §1207.01(b)(v)).

Texas Fight is a non-profit company, relying partly on the 'go team' idea, and partly on the idea of helping children.   At the time of its founding, while Texas Fight was aware of this 'go team 'connotation, it was unaware of the class of songs labeled 'fight songs' and, upon preliminary research of our Trademark, learned that 'Texas Fight' had not been trademarked by the University of Texas.   It was, therefore, our intent in filing a trademark to protect this for our use.

Nor are 'Fight songs' unique to   Texas.  There are fight songs for literally hundreds of schools and colleges and universities in the United States.  The University of California has a 'Big C' fight song. [iii]  The University of Michigan has 'Go Blue'. [iv]

Ergo, when that word – 'fight' – is coupled with a descriptive noun, it instantly refers to class of glee or spirit-building songs, and not actual pugilism.  They are as different as a dog is from the 'dog star' of Sirius, or an elephant is from an elephant seal.

But will the public know that?  Absolutely.

We stipulate that the letters and root word, 'fight', bears a   textual similarity to 'fighter', and sound similar (§1207.01(b) [v], §1207.01(b)(iv)[vi]); however, in this case – in addition to widely divergent actual meanings when they are considered in conjunction with the word 'Texas', as they will be used – we find no reason to believe there will    likely be confusion between Texas Fighter and Texas Fight (§1207.01(d)(ii)[vii]).

The expression 'Texas Fight' is famous (§1207.01(d)(ix)  [viii]), and our clientele are 'sophisticated purchasers' (§1207.01(d)(vii)  [ix]); our goods are to be sold to supporters of college sports, who overwhelmingly are college-educated, and typically are alumni.

Regarding §1207.01[x] and 'trade channels, while we have used and intend to continue to use the Internet, and cannot safely say Texas

Fighter will not also sell online, our trade channels vary widely at least for the reason that Texas Fight intends to sell at their shop, in Richardson, TX. We promote our products through such entities as Facebook, twitter, and Reverbnation.com.

Per §1207.01(a)[xi], Relatedness of the Goods or Services, Texas Fight goods substantially differ from those of Texas Fighter. Whereas we – moving forward – intend to sell rubber wristbands, towels, hats, and t-shirts, Texas Fighter *has sold nothing*, and we have been informed and believe and thereupon allege that said company intends to sell karate-style gear and clothing. Texas Fighter intends to sell: beanies, baseball caps, footwear, gloves, hats, headwear, jackets, rashguards, shirts, shorts, skull caps, socks, sweatpants, sweatshirts, sweatsuits, t-shirts, tanktops, and warm-up outfits. Note there are only two items in our respective inventories – t-shirts and hats – that overlap with Texas Fighter, and we have not, as yet, sold this item.

The University of Texas – a third-party – has been using this expression and term 'Texas Fight' for going on 150 years (§1207.01(d)(iii)[xii]). That strongly speaks to third-party use, and its prior fame (§1207.01(d)(ix)). Again, it is a 'spirit' song.

And finally, we wish to point to §1207.01(b)(vi)(B)[xiii], which is a test relying upon how an ordinary citizen would 'stop and translate', to distinguish between Texas Fighter and Texas Fight, to a non-English-speaking person. We believe particular care would be given to separate a spirit song from a company that describes pitting humans against one another in physical combat. One relates to faith, belief, hoping against hope; the other about destruction and physical fighting.

We acknowledge that the elements upon which findings rest are subject to the discretion of the adjudicator. In this case, we feel particular weight should be given to actual meaning, and not etymological origins, letters, or even similar sounds. The actual meanings are the very purpose of words. These laws exist to prevent the exploitation of the industry of one party by another, to 'piggyback'.

We are selling an idea to raise morale, written in common college letters. Texas Fighter is selling, or otherwise engaged in, actual violence – even if it is for self-defense. It is not in our interest to 'piggyback' or be confused with them. We have no truck in that sphere of ideas or products or services. We are invoking a spirit song, more along the lines of glee club or cheerleaders.

There is a precedent for finding against the likelihood of confusion products – even where the names were nearly identical –provided the products and avenues of promotion were different *(Checkpoint Sys., v. Check Point Software Techs., Inc. 104 F. Supp. 2d 427 (D.N.J. 2000))*. In that case, the plaintiff sold electronic security equipment, and the defendant sold computer software that protected the flow of electronic information. Even though the names were almost identical, the court found that there was little or no overlap between the physical and network security systems. Texas Fighter and Texas Fight are easily this different.

And even more clear-cut case of two companies with the same name , both dealing with music products (*Strange Music, Inc. v. Strange Music, Inc. 326 F. Supp. 2d 481 (S.D.N.Y 2004))*. In that case, plaintiff used the mark 'sTRANGEmUSIC', and produced 'new age music'; the defendant used 'Strange Music' for a label producing rap and hip-hop music. While the parties' marks were substantially different, they sounded the same, were spelled the same, and were not immediately distinguishable – from text alone – in an Internet search.

According to the Court, "[C]ommon sense dictates that upon arrival at each site, a consumer looking to purchase a CD by another party would immediately know if they had reached the wrong website", and that "…even a cursory glance" at the defendant's website "would be sufficient to inform a new music aficionado that [plaintiff's] compositions are not available for sale through that site."

We contend that common sense would reveal the difference between Texas Fighter and Texas Fight.

For the foregoing reasons we believe that Texas Fight meets and exceeds the legal standard of distinctiveness from Texas Fighter and ask that the Refusal be reversed, and will not lead to confusion with Texas Fight, and we request that we be granted the requested trademark.

---

[i]http://en.wikipedia.org/wiki/Spirit_Club

[ii]http://en.wikipedia.org/wiki/Fight_song

[iii]http://en.wikipedia.org/wiki/Big_C_(fight_song)

[iv]http://www.mgoblue.com/genrel/062909aaa.html

[v]Trademark Manual of Examining Procedure

[vi]Trademark Manual of Examining Procedure

[vii]Trademark Manual of Examining Procedure

[viii]Trademark Manual of Examining Procedure

[ix]Trademark Manual of Examining Procedure

[x]Trademark Manual of Examining Procedure

[xi]Trademark Manual of Examining Procedure

[xii]Trademark Manual of Examining Procedure

[xiii]Trademark Manual of Examining Procedure

## EVIDENCE SECTION

| EVIDENCE FILE NAME(S) | |
|---|---|
| JPG FILE(S) | \\TICRS\EXPORT16\IMAGEOUT 16\858\844\85884496\xml10 \RFR0073.JPG |
| ORIGINAL PDF FILE | evi_7012315986-232904414_._Checkpoint_Systems.pdf |
| CONVERTED PDF FILE(S)<br>(46 pages) | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0013.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0015.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0016.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0017.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0018.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0019.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0020.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0021.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0022.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0023.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0024.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0025.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0026.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0027.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0028.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0029.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0030.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0031.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0032.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0033.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0034.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0035.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0036.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0037.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0038.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0039.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0040.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0041.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0042.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0043.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0044.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0045.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0046.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0047.JPG |
| **ORIGINAL PDF FILE** | evi_7012315986-232904414_._strange.pdf |
| **CONVERTED PDF FILE(S)** <br> **(14 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0048.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0049.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0050.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0051.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0052.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0053.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0054.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0055.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0056.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0057.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0058.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0059.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0060.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0061.JPG |
| **ORIGINAL PDF FILE** | evi_7012315986-232904414_._Fight_song_1.pdf |

| CONVERTED PDF FILE(S) (11 pages) | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0062.JPG |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0063.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0064.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0065.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0066.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0067.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0068.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0069.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0070.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0071.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\858\844\85884496\xml10\RFR0072.JPG |

## SIGNATURE SECTION

| RESPONSE SIGNATURE | /Cardell Reynolds/ |
|---|---|
| SIGNATORY'S NAME | Cardell Reynolds |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 512.720.0135 |
| DATE SIGNED | 07/15/2014 |
| AUTHORIZED SIGNATORY | YES |
| CONCURRENT APPEAL NOTICE FILED | YES |

## FILING INFORMATION SECTION

| SUBMIT DATE | Wed Jul 16 00:46:07 EDT 2014 |
|---|---|
| TEAS STAMP | USPTO/RFR-XX.XXX.XXX.XX-2 0140716004607110016-85884 496-500e380ac389ef194b3ea fb1191c709af078733de544d0 28ac9b4da83236e081-N/A-N/ A-20140715232904414022 |

PTO Form 1960 (Rev 9/2007)
OMB No. 0651-0050 (Exp. 07/31/2017)

# Request for Reconsideration after Final Action

## To the Commissioner for Trademarks:

Application serial no. **85884496** TEXAS FIGHT(Standard Characters, see http://tsdr.uspto.gov/img/85884496/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

At issue is whether Texas Fight and Texas Fighter are likely to be confused for one another on the basis of appearance, sound, and commercial impression, and moreover that some of our goods and distribution channels will be the same.

Not addressed was the significant aspect of what a 'fight song' is, *inter alia*. We believe, and hope to demonstrate, that these trademarks could not be more different, in terms of meaning, which is central when it is alleged we stand to benefit from confusion between our companies or products.

Texas Fighter refers to a company promoting MMA (mixed martial arts) combat, with actual pugilists. 'Texas Fight' refers to a spirit group or glee club or cheerleaders, who typically have a 'fight song', which is how a playing team's morale is raised, by getting the audience to cheer.[i] It is a 'go team' concept. A 'fight song' is a class of song, like a dirge or hymn or canon. [ii]

In light of this, there is little or no similarity in connotation (Trademark Manual of Examining Procedure, §1207.01(b)(v)).

Texas Fight is a non-profit company, relying partly on the 'go team' idea, and partly on the idea of helping children. At the time of its founding, while Texas Fight was aware of this 'go team 'connotation, it was unaware of the class of songs labeled 'fight songs' and, upon preliminary research of our Trademark, learned that 'Texas Fight' had not been trademarked by the University of Texas. It was, therefore, our intent in filing a trademark to protect this for our use.

Nor are 'Fight songs' unique to Texas. There are fight songs for literally hundreds of schools and colleges and universities in the United States. The University of California has a 'Big C' fight song. [iii] The University of Michigan has 'Go Blue'. [iv]

Ergo, when that word – 'fight' – is coupled with a descriptive noun, it instantly refers to class of glee or spirit-building songs, and not actual pugilism. They are as different as a dog is from the 'dog star' of Sirius, or an elephant is from an elephant seal.

But will the public know that? Absolutely.

We stipulate that the letters and root word, 'fight', bears a textual similarity to 'fighter', and sound similar (§1207.01(b) [v], §1207.01(b)(iv)[vi]); however, in this case – in addition to widely divergent actual meanings when they are considered in conjunction with the word 'Texas', as they will be used – we find no reason to believe there will likely be confusion between Texas Fighter and Texas Fight (§1207.01(d)(ii)[vii]).

The expression 'Texas Fight' is famous (§1207.01(d)(ix) [viii]), and our clientele are 'sophisticated purchasers' (§1207.01(d)(vii) [ix]); our goods are to be sold to supporters of college sports, who overwhelmingly are college-educated, and typically are alumni.

Regarding §1207.01[x] and 'trade channels, while we have used and intend to continue to use the Internet, and cannot safely say Texas Fighter will not also sell online, our trade channels vary widely at least for the reason that Texas Fight intends to sell at their shop, in Richardson, TX. We promote our products through such entities as Facebook, twitter, and Reverbnation.com.

Per §1207.01(a)[xi], Relatedness of the Goods or Services, Texas Fight goods substantially differ from those of Texas Fighter. Whereas we – moving forward – intend to sell rubber wristbands, towels, hats, and t-shirts, Texas Fighter *has sold nothing*, and we have been informed and believe and thereupon allege that said company intends to sell karate-style gear and clothing. Texas Fighter intends to sell: beanies, baseball caps, footwear, gloves, hats, headwear, jackets, rashguards, shirts, shorts, skull caps, socks, sweatpants, sweatshirts, sweatsuits, t-shirts, tanktops, and warm-up outfits. Note there are only two items in our respective inventories – t-shirts and hats – that overlap with Texas Fighter, and we have not, as yet, sold this item.

The University of Texas – a third-party – has been using this expression and term 'Texas Fight' for going on 150 years (§1207.01(d)(iii) [xii]). That strongly speaks to third-party use, and its prior fame (§1207.01(d)(ix)). Again, it is a 'spirit' song.

And finally, we wish to point to §1207.01(b)(vi)(B)[xiii], which is a test relying upon how an ordinary citizen would 'stop and translate', to distinguish between Texas Fighter and Texas Fight, to a non-English-speaking person. We believe particular care would be given to separate a spirit song from a company that describes pitting humans against one another in physical combat. One relates to faith, belief, hoping against hope; the other about destruction and physical fighting.

We acknowledge that the elements upon which findings rest are subject to the discretion of the adjudicator. In this case, we feel particular weight should be given to actual meaning, and not etymological origins, letters, or even similar sounds. The actual meanings are the very purpose of words. These laws exist to prevent the exploitation of the industry of one party by another, to 'piggyback'.

We are selling an idea to raise morale, written in common college letters. Texas Fighter is selling, or otherwise engaged in, actual violence – even if it is for self-defense. It is not in our interest to 'piggyback' or be confused with them. We have no truck in that sphere of ideas or products or services. We are invoking a spirit song, more along the lines of glee club or cheerleaders.

There is a precedent for finding against the likelihood of confusion products – even where the names were nearly identical –provided the products and avenues of promotion were different *(Checkpoint Sys., v. Check Point Software Techs., Inc. 104 F. Supp. 2d 427 (D.N.J. 2000))*. In that case, the plaintiff sold electronic security equipment, and the defendant sold computer software that protected the flow of electronic

information.  Even though the names were almost identical, the court found that there was little or no overlap between the physical and network security systems.  Texas Fighter and Texas Fight are easily this different.

And even more clear-cut case of two companies with the same name , both dealing with music products (*Strange Music, Inc. v. Strange Music, Inc. 326 F. Supp. 2d 481 (S.D.N.Y 2004))*.  In that case, plaintiff used the mark 'sTRANGEmUSIC', and produced 'new age music'; the defendant used 'Strange Music'for a label producing rap and hip-hop music.   While the parties' marks were substantially different, they sounded the same, were spelled the same, and were not immediately distinguishable – from text alone – in an Internet search.

According to the Court, "[C]ommon sense dictates that upon arrival at each site, a consumer looking to purchase a CD by another party would immediately know if they had reached the wrong website", and that "…even a cursory glance" at the defendant's website "would be sufficient to inform a new music aficionado that [plaintiff's] compositions are not available for sale through that site."

We contend that common sense would reveal the difference between Texas Fighter and Texas Fight.

For the foregoing reasons we believe that Texas Fight meets and exceeds the legal standard of distinctiveness from Texas Fighter and ask that the Refusal be reversed, and will not lead to confusion with Texas Fight, and we request that we be granted the requested trademark.

---

[i]http://en.wikipedia.org/wiki/Spirit_Club

[ii]http://en.wikipedia.org/wiki/Fight_song

[iii]http://en.wikipedia.org/wiki/Big_C_(fight_song)

[iv]http://www.mgoblue.com/genrel/062909aaa.html

[v]Trademark Manual of Examining Procedure

[vi]Trademark Manual of Examining Procedure

[vii]Trademark Manual of Examining Procedure

[viii]Trademark Manual of Examining Procedure

[ix]Trademark Manual of Examining Procedure

[x]Trademark Manual of Examining Procedure

[xi]Trademark Manual of Examining Procedure

[xii]Trademark Manual of Examining Procedure

[xiii]Trademark Manual of Examining Procedure

**EVIDENCE**

**JPG file(s):**
Evidence-1
**Original PDF file:**
evi_7012315986-232904414_._Checkpoint_Systems.pdf
**Converted PDF file(s)** ( 46 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9

Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
Evidence-15
Evidence-16
Evidence-17
Evidence-18
Evidence-19
Evidence-20
Evidence-21
Evidence-22
Evidence-23
Evidence-24
Evidence-25
Evidence-26
Evidence-27
Evidence-28
Evidence-29
Evidence-30
Evidence-31
Evidence-32
Evidence-33
Evidence-34
Evidence-35
Evidence-36
Evidence-37
Evidence-38
Evidence-39
Evidence-40
Evidence-41
Evidence-42
Evidence-43
Evidence-44
Evidence-45
Evidence-46
**Original PDF file:**
evi_7012315986-232904414_._strange.pdf
**Converted PDF file(s)** ( 14 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
**Original PDF file:**
evi_7012315986-232904414_._Fight_song_1.pdf
**Converted PDF file(s)** ( 11 pages)
Evidence-1

Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11

**SIGNATURE(S)**
**Request for Reconsideration Signature**
Signature: /Cardell Reynolds/     Date: 07/15/2014
Signatory's Name: Cardell Reynolds
Signatory's Position: Owner

Signatory's Phone Number: 512.720.0135

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the applicant or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

The applicant is filing a Notice of Appeal in conjunction with this Request for Reconsideration.


Serial Number: 85884496
Internet Transmission Date: Wed Jul 16 00:46:07 EDT 2014
TEAS Stamp: USPTO/RFR-XX.XXX.XXX.XX-2014071600460711
0016-85884496-500e380ac389ef194b3eafb119
1c709af078733de544d028ac9b4da83236e081-N
/A-N/A-20140715232904414022

| To: | Longhornville Limited (carbonrey@yahoo.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85884496 - TEXAS FIGHT - N/A - Request for Reconsideration Denied - Return to TTAB |
| Sent: | 8/5/2014 10:31:57 AM |
| Sent As: | ECOM113@USPTO.GOV |
| Attachments: | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

| | |
|---|---|
| **U.S. APPLICATION SERIAL NO.** 85884496<br><br>**MARK:** TEXAS FIGHT | **\*85884496\*** |
| **CORRESPONDENT ADDRESS:**<br> CARDELL REYNOLDS<br> 1918 NICOLE CIRCLE #B<br> ROUND ROCK, TX 78664 | **GENERAL TRADEMARK INFORMATION:**<br>**http://www.uspto.gov/trademarks/index.jsp** |
| **APPLICANT:** Longhornville Limited | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO :**<br> N/A<br>**CORRESPONDENT E-MAIL ADDRESS:**<br> carbonrey@yahoo.com | |

## REQUEST FOR RECONSIDERATION DENIED

**ISSUE/MAILING DATE: 8/5/2014**

VIEW YOUR APPLICATION FILE

The trademark examining attorney has carefully reviewed applicant's request for reconsideration and is denying the request for the reasons stated below. *See* 37 C.F.R. §2.64(b); TMEP §§715.03(a)(2)(B), (a)(2)(E), 715.04(a). The refusal made final in the Office action dated January 14, 2014 is maintained and continue to be final. *See* TMEP §§715.03(a)(2)(B), (a)(2)(E), 715.04(a).

In the present case, applicant's request has not resolved the outstanding issue, nor does it raise a new issue or provide any new or compelling evidence with regard to the outstanding issue in the final Office action. As an initial matter, in its footnotes, applicant references Wikipedia entries for "Spirit Club" and "Big C" and a webpage from mgoblue.com, which are not attached to the response. However, providing only a web address and/or hyperlink to Internet materials is insufficient to make the associated webpages of record. *In re Powermat Inc.*, 105 USPQ2d 1789, 1791 (TTAB 2013); *In re HSB Solomon Assocs.*, 102 USPQ2d 1269, 1274 (TTAB 2012); TMEP §710.01(b). Accordingly, the underlying webpages associated with the addresses and/or links provided by applicant will not be considered.

Because Internet postings are often temporary in nature, website evidence referenced only by a web address or hyperlink may later be modified or deleted and may not be available to a party attempting to corroborate or refute such evidence at a later date. *See In re HSB Solomon Assocs.*, 102 USPQ2d at 1274; *Safer Inc. v. OMS Invs. Inc.*, 94 USPQ2d 1031, 1039 (TTAB 2010). To make Internet materials part of the record, an applicant must provide (1) an image file or printout of the actual downloaded webpage, and (2) complete information as to the date the evidence was published or accessed from the Internet, and its source (e.g., the complete URL address of the website). *See* TMEP §710.01(b) (citing *Safer Inc. v. OMS Invs. Inc.*, 94 USPQ2d at 1039). Even if the evidence were of record, it is not relevant to the Section 2(d) refusal because it refers to information and wording that does not appear in either applicant's or registrant's marks.

In addition, applicant's analysis and arguments are not persuasive nor do they shed new light on the issues. Specifically, applicant offers the new argument that the applied-for mark has the commercial impression of being a "fight song." Applicant asserts that purchasers will

understand the mark TEXAS FIGHT as referring to the fight song for the University of Texas, and consequently, they will distinguish this mark from the registered mark TEXAS FIGHTER. Applicant's argument fails because applicant is not related to or connected with the University of Texas. In fact, applicant states in its request for reconsideration:

> Texas Fight is a non-profit company, relying partly on the 'go team' idea, and partly on the idea of helping children. At the time of its founding, while Texas Fight was aware of this 'go team' connotation, it was unaware of the class of songs labeled 'fight songs' and, upon preliminary research of our Trademark, learned that 'Texas Fight' had not been trademarked by the University of Texas. It was, therefore, our intent in filing a trademark to protect this for our use.

Applicant is essentially arguing that purchasers will not be confused about the source of the goods because they will understand the mark as referring to the University of Texas fight song, although applicant has no affiliation to the university. Applicant states that it decided to file a trademark application "to protect this [phrase] for our use" after it "learned that 'Texas Fight' had not been trademarked by the University of Texas." Applicant's claim that no confusion exists because purchasers will believe the mark refers to a third party, while troubling, is irrelevant. In any likelihood of confusion determination, two key considerations are similarity of the marks and similarity or relatedness of the goods. *Syndicat Des Proprietaires Viticulteurs De Chateauneuf-Du-Pape v. Pasquier DesVignes*, 107 USPQ2d 1930, 1938 (TTAB 2013) (citing *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976)); *In re Iolo Techs., LLC*, 95 USPQ2d 1498, 1499 (TTAB 2010); *see* TMEP §1207.01. Applicant's unsupported assertion that purchasers will import a particular meaning to the applied-for mark is unrelated to the basic questions of whether the marks are similar in appearance, sound, and commercial impression, and whether the goods are similar or commercially related.

Applicant argues that its purchasers are sophisticated. However, nothing in the identification limits the class of purchasers, and nothing in the record supports this assertion. Furthermore, the goods at issue are various clothing goods, and neither applicant nor registrant has indicated any specialized use for the goods. Applicant's arguments that applicant's and registrant's goods "substantially differ" are without merit because the identified goods *are identical* with the exception of applicant's inclusion of wristbands. The trademark examining attorney has shown that wristbands are related to the identified clothing items by a preponderance of the evidence in the initial Office Action and the final Office Action.

Applicant's claim that the registrant has not sold any goods implies that the registrant should not be entitled to protection based on nonuse. However, a trademark registration on the Principal Register is prima facie evidence of the validity of the registration and the registrant's exclusive right to use the mark in commerce in connection with the specified goods. *See* 15 U.S.C. §1057(b); TMEP §1207.01(d)(iv).

Thus, evidence and arguments that constitute a collateral attack on a cited registration, such as information or statements regarding a registrant's nonuse of its mark, are not relevant during ex parte prosecution. *See In re Dixie Rests.*, 105 F.3d 1405, 1408, 41 USPQ2d 1531, 1534-35 (Fed. Cir. 1997); *In re Peebles Inc.*, 23 USPQ2d 1795, 1797 n.5 (TTAB 1992); TMEP §1207.01(d)(iv). Such evidence and arguments may, however, be pertinent to a formal proceeding before the Trademark Trial and Appeal Board to cancel the cited registration.

Applicant's argument that the mark is famous is unavailing because there is no evidence of record to support applicant's claim. The fame of a mark may be considered only if there is relevant evidence of record. *See* TMEP §1207.01. Thus, a party who asserts that its mark is famous must submit evidence clearly establishing that its mark is viewed by relevant purchasers as a famous mark. *See, e.g., In re Hard Rock Cafe Licensing Corp. v. Elsea*, 48 USPQ2d 1400, 1409 (TTAB 1998). Furthermore, the mark is not famous in connection with the applicant, and therefore, the assertion of fame is irrelevant to the instant application. Similarly, applicant's asserted third-party use, for which there is no evidence, is by a single third party, and consequently, it does not does not show that the mark is so commonly used that purchasers will look to other elements to distinguish source. *See* TMEP §1207.01(d)(iii).

Applicant's reference to the doctrine of foreign equivalents is not relevant because both applicant's and registrant's mark are in English.

Finally, applicant's discussion of *Checkpoint Sys., v. Check Point Software Techs., Inc. 104 F. Supp. 2d 427 (D.N.J. 2000)* and *Strange Music, Inc. v. Strange Music, Inc. 326 F. Supp. 2d 481 (S.D.N.Y 2004)* are inapposite because the cases are district court cases and are not binding on questions of registrability. Even in the registration context, prior decisions and actions of other trademark examining attorneys in registering other marks have little evidentiary value and are not binding upon the USPTO or the Trademark Trial and Appeal Board. TMEP §1207.01(d)(vi); *see In re Midwest Gaming & Entm't LLC*, 106 USPQ2d 1163, 1165 n.3 (TTAB 2013) (citing *In re Nett Designs, Inc.*, 236 F.3d 1339, 1342, 57 USPQ2d 1564, 1566 (Fed. Cir. 2001)). Each case is decided on its own facts, and each mark stands on its own merits. *See AMF Inc. v. Am. Leisure Prods., Inc.*, 474 F.2d 1403, 1406, 177 USPQ 268, 269 (C.C.P.A. 1973); *In re Binion*, 93 USPQ2d 1531, 1536 (TTAB 2009). Furthermore, the *Checkpoint* case is distinguishable because, based on the record in that case, the court found that applicant and registrant operate in "separate and distinct segments of the overall field of corporate security." There is no such evidence of record here. Similarly, the *Strange Music* case relied on extrinsic evidence of the types of music associated with each label, and there is no such evidence to differentiate the goods in this case. With respect to applicant's and registrant's goods, the question of likelihood of confusion is determined based on the description of the goods stated in the application and registration at issue, not on extrinsic evidence of actual use. *See, e.g., Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-70, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012); *Octocom Sys. Inc. v. Hous. Computers Servs. Inc.*, 918 F.2d 937, 942, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990). The identifications in the application and registration recite identical and highly related goods. Thus, the *Checkpoint* and *Strange Music* cases are distinguishable from the record in the instant case.

In sum, applicant asserts that no likelihood of confusion exist based on the unsupported presumption that purchasers will immediately associate the mark TEXAS FIGHT with the University of Texas fight song, believe the goods are connected to the university—despite the fact that applicant itself is not affiliated with the university—and ascertain that the identical goods have a different source from those sold under the TEXAS FIGHTER mark.  This presumption cannot be automatically discerned from the instant application. Applicant claims that this will be the purchasers' primary commercial impression, but applicant itself concedes that it was unaware of any connection to a fight song when it selected its mark. Moreover, the presumption relies on applicant's own 'piggybacking' of the University of Texas, which, as applicant states, is "the exploitation of the industry of one party by another" that "these laws exist to prevent." Therefore, the claimed connection with the University of Texas fight song is not a sound basis to overcome the likelihood of confusion between applicant's and registrant's marks.

The overriding concern is not only to prevent buyer confusion as to the source of the goods, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer.  *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993).  Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant.  TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988). Here, in light of the highly similar marks and identical or closely related goods, the applicant's arguments fail to overcome the confusing similarity of the marks. Accordingly, the request is denied.

The filing of a request for reconsideration does not extend the time for filing a proper response to a final Office action or an appeal with the Trademark Trial and Appeal Board (Board), which runs from the date the final Office action was issued/mailed.  *See* 37 C.F.R. §2.64(b); TMEP §715.03, (a)(2)(B), (a)(2)(E), (c).

If time remains in the six-month response period to the final Office action, applicant has the remainder of the response period to comply with and/or overcome any outstanding final refusal and/or to file an appeal with the Board.  TMEP §715.03(a)(2)(B), (c).  However, if applicant has already filed a timely notice of appeal with the Board, the Board will be notified to resume the appeal.  *See* TMEP §715.04(a).

/Marynelle W. Wilson/
Examining Attorney
Law Office 113
Phone: 571-272-7978
Email: marynelle.wilson@uspto.gov

| To: | Longhornville Limited (carbonrey@yahoo.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85884496 - TEXAS FIGHT - N/A - Request for Reconsideration Denied - Return to TTAB |
| Sent: | 8/5/2014 10:32:00 AM |
| Sent As: | ECOM113@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **8/5/2014** FOR U.S. APPLICATION SERIAL NO. 85884496

Your trademark application has been reviewed. The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond. Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **8/5/2014**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3) QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Marynelle W. Wilson/
Examining Attorney
Law Office 113
Phone: 571-272-7978
Email: marynelle.wilson@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle

private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# EXHIBIT D

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87378647 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 112 |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/87378647/large |
| **LITERAL ELEMENT** | "WE ARE TEXAS!" |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2014 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 025 |
| **DESCRIPTION** | |
| Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/2014 |
| **STATEMENT TYPE** | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR "* **The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\873\786\87378647\xml8\ ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\873\786\87378647\xml8\ ROA0003.JPG |

| SPECIMEN DESCRIPTION | A copy of our product in use. |
|---|---|
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Cardell Reynolds/ |
| SIGNATORY'S NAME | Terry Cardell Reynolds |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 5122309725 |
| DATE SIGNED | 08/22/2017 |
| RESPONSE SIGNATURE | /Cardell Reynolds/ |
| SIGNATORY'S NAME | Terry Cardell Reynolds |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 5122309725 |
| DATE SIGNED | 08/22/2017 |
| AUTHORIZED SIGNATORY | YES |
| RESPONSE SIGNATURE | /Cardell Reynolds/ |
| SIGNATORY'S NAME | Terry Cardell Reynolds |
| SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 5122309725 |
| DATE SIGNED | 08/22/2017 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Aug 22 22:49:12 EDT 2017 |
| TEAS STAMP | USPTO/ROA-XX.XX.XXX.XXX-2 0170822224912860884-87378 647-5105c1f686445cd0d9aa2 a8519bf3ef3e7efa8b89e82dc ad72a9818297593239da-N/A-N/A-20170822223038523410 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **87378647** "WE ARE TEXAS!"(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87378647/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 025 for Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark

was first used at least as early as 01/01/2014 and first used in commerce at least as early as 01/01/2014 , and is now in use in such commerce.

**Proposed:** Class 025 for Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 01/01/2014 and first used in commerce at least as early as 01/01/2014 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 025 . The specimen(s) submitted consists of A copy of our product in use. . **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. Specimen File1
Specimen File2

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /Cardell Reynolds/      Date: 08/22/2017
Signatory's Name: Terry Cardell Reynolds
Signatory's Position: Owner
Signatory's Phone Number: 5122309725

**Response Signature**
Signature: /Cardell Reynolds/     Date: 08/22/2017
Signatory's Name: Terry Cardell Reynolds
Signatory's Position: Owner

Signatory's Phone Number: 5122309725

**Response Signature**
Signature: /Cardell Reynolds/     Date: 08/22/2017
Signatory's Name: Terry Cardell Reynolds
Signatory's Position: Owner

Signatory's Phone Number: 5122309725

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.


Serial Number: 87378647
Internet Transmission Date: Tue Aug 22 22:49:12 EDT 2017
TEAS Stamp: USPTO/ROA-XX.XX.XXX.XXX-2017082222491286
0884-87378647-5105c1f686445cd0d9aa2a8519
bf3ef3e7efa8b89e82dcad72a9818297593239da
-N/A-N/A-20170822223038523410



Case 1:18-cv-00182-RP Document 1-5 Filed 02/28/18 Page 76 of 7



# EXHIBIT E

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF REGISTRATION



The undersigned, as Secretary of State of Texas, by virtue of the authority vested in the Secretary by Chapter 16, Texas Business and Commerce Code hereby issues this Certificate of Registration for the mark described below. Such registration is issued in connection with the goods/services stated below for a term of five years from the date of registration shown herein.

**Reg. No. 802989018**

Terry Reynolds

5050 Red Sands Court, El Paso, TX 79924

**Goods/Services**

Athletic apparel, namely, shirts, pants, jackets, footwear, hats, caps and athletic uniforms. Class [25]

Date of first use Anywhere: 01/01/14

Date of first use in Texas: 01/01/14

**Description of the Mark**    "WE ARE TEXAS!"

Color is not claimed as a feature of the mark.

**Date of Registration**    July 23, 2018

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Sondra Hadley          TID: 10273          Document #: 807311630006

Page 1 of 2

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State





Rolando B. Pablos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555                 Fax: (512) 463-5709                 Dial: 7-1-1 for Relay Services
Prepared by: Sondra Hadley              TID: 10273                       Document #: 807311630006

Page 2 of 2

Form 901 (Revised 05/13)

Submit to:
Secretary of State
PO Box 13697
Austin, TX 78711-3697
512 463-9760
FAX: 512 463-5709
**Application Fee:**
**$50 per class**



**Application for Registration
of a Trade or Service Mark**

This space reserved for office use.

F I L E D
In the Office of the
Secretary of State of Texas

JUL 2 3 2018

**Corporations Section**

---

1. NAME OF APPLICANT (owner of mark—individual, corporation, or other entity applying for registration): Terry Reynolds

2. BUSINESS ADDRESS OF APPLICANT: 5050 Red Sands Court

| City: | State: | Zip Code: | Country: |
|---|---|---|---|
| El Paso | Texas | 79924 | El Paso |

3. BUSINESS STRUCTURE OF APPLICANT (Check One and Complete)

☐ Corporation
(State of Incorporation): _____

☐ Limited Liability Company
(State of Organization):

☐ Limited Partnership
(State of Organization):

☐ General Partnership
(State of Organization): _____

☒ Sole Proprietor

☐ Other
(Describe): _____

4. NAMES OF GENERAL PARTNERS, IF APPLICANT IS A PARTNERSHIP (attach additional sheet if necessary):

5A. NAME AND/OR DESCRIPTION OF MARK (For design, provide a brief written description that can be pictured in the mind without reference to the specimens. Do not draw the design on the application. Attach a drawing of the mark.): X

25    Quote " We are Texas" in College sketch
Font. Font purchased.

RECEIVED

APR 12 2018
Secretary of State

| 5B. COLOR CLAIM. Is a claim made to color? ☐ Yes (go to 5C and 5D) ☒ No (go to 6) | 5C. If yes, claim is made to the following colors: _____ _____ _____ _____ |
|---|---|

5D. COLOR LOCATION STATEMENT. Please include the location of each color (*e.g.*, a red balloon with a yellow ribbon):

6. DISCLAIMER (If Applicable) No claim is made to the exclusive right to use the term:

| 7A. CLASS NUMBER(S) | Class #1: 25 (go to 7B) | Class #2: _____ (go to 7C) | |
|---|---|---|---|

7B. CLASS #1: If a trademark, list specific goods. If a service mark, list specific services:

Athletic Apparel, namely, shirts, pants, jackets, Footwear, hats, cat caps, and athletic uniforms.

| Date the mark was first used in Texas: 01/01/14 | Date the mark was first used anywhere: 01/01/14 |
|---|---|

7C. CLASS #2: If a trademark, list specific goods. If a service mark, list specific services:

| Date the mark was first used in Texas: _____ | Date the mark was first used anywhere: _____ |
|---|---|

8. USPTO TRADEMARK REGISTRATION/APPLICATION. Complete the following if the applicant or a predecessor in interest has filed an application to register the mark or portions of the mark with the United States Patent and Trademark Office.

Filing Date 03/21/2017    Serial/File No. 87378647    Status of Application    Published

If Refused, Why? _____

☐ Check here if this item does not apply.

9. MANNER IN WHICH THE MARK IS USED (If more than one (1) class, list the manner in which the mark is used in each class): Store an internet Sales
Outside Sales. Internet Sales

10. SPECIMENS (Check the applicable boxes below and enclose three (3) original specimens supporting the goods/services described in Item 7. Include at least one (1) specimen for each class)

| For Trademarks Only | | For Service Marks Only | |
|---|---|---|---|
| ☒ | Actual Labels | ☐ | Advertising Leaflets |
| ☒ | Actual Tags | ☐ | Advertising Brochures |
| ☒ | Photographs of Goods/Containers Showing the Mark | ☐ | Menus Showing the Mark |
| ☐ | Front Panels of a Paper Container Bearing the Mark | ☐ | Business Cards that Reference Services |
| ☐ | Other: _____ | ☐ | Other: _____ |

## 11. DECLARATION OF OWNERSHIP

Applicant declares that the applicant is the owner of the mark, that the mark is in use, and that to the knowledge of the person verifying the application, no other person has registered the mark, either federally or in this state, or is entitled to use the mark in this state, either in the identical form used by the applicant or in a form that is likely, when used on or in connection with the goods or services of the other person, to cause confusion or mistake, or to deceive, because of its resemblance to the mark.

## 12. SIGNATURE AND VERIFICATION

03/16/18

DATE

07/11/18

SIGNATURE OF AUTHORIZED PERSON

Terry Cardell Reynolds

TYPE OR PRINT NAME AND TITLE

**TO BE COMPLETED BY A NOTARY PUBLIC:**

STATE Texas )

COUNTY Williamson )

On March 26 2018 Terry Cardell Reynolds personally appeared before me, and being first duly sworn declared that he/she signed this application in the capacity designated, if any, and further stated that he/she has read the above application and the statements therein are true and correct.

CYNTHIA WALTON
My Notary ID # 131021641
Expires February 27, 2021

NOTARY PUBLIC SIGNATURE

Form 901                                    9

## TRADEMARK DRAWING SHEET

**Instructions:** Include the mark exactly as it appears in the samples of use accompanying the application and exactly as it is described in item 5 of the application. Do not include other words that are not part of the mark.

- If the mark consists only of a word, letter or numeral, or a combination thereof, and is not depicted in a special form, type or print the mark in capital letters on the drawing sheet.
- If the mark is not only words, letters or numerals, or a combination thereof, and also includes a design, the entire design must appear on the drawing sheet.
- The drawing *must*
    - o   Depict only one mark
    - o   Fit within the box (3.15 in (8 cm) high by 3.15 in (8 cm) long)
    - o   Be an exact reproduction of the mark
- A mark including a color claim must either
    - o   Appear in color and match the color(s) described in the color statement.
    - o   Appear in black and white
- If desired, you may tape a drawing of the mark to this drawing sheet.
- **A black and white reproduction of the mark in the drawing box will appear on the certificate issued, so an electronic reproduction of the mark is recommended.**





Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

**Trademark Objection Letter**
Date: June 04, 2018

Terry Reynolds
5050 Red Sands Court
El Paso, TX 79924 USA

Re: Trademark Legal Document
Mark:    "WE ARE TEXAS!"
Application Number: 802989018
Class:    Clothing: Class 25 [25]

This office has received and reviewed the above referenced document. The review reveals the following objections to registration or to the filing of the document. To reply, please enclose a copy of this letter or refer to the mark and reference number provided. **A complete reply to these objections must be received in this office within 90 days from the date of this letter unless an earlier date is specified below. In the case of an application for registration, the failure to respond within the time specified will result in the abandonment of the application.**

1. Item 5 must clearly and accurately describe the mark. If the mark consists of words only, then list the words in Item 5.

   If the mark consists of words and a design, then list the words and each element of the design.

   If the mark consists of a design only, then describe each element of the design in Item 5.

   If Applicant claims any color as a feature of the mark, then the description must include a color claim statement and a color location statement (see Items 5B-5D of the application).

   Based on the information provided in the application, an acceptable description of the mark might be: "We are Texas!"

   Would you like to accept this description of the mark? ✔ Yes.    No.
   Change the description to read as follows:    "We are Texas!"
   In a stylized font (college sketch).

**RECEIVED**

**JUN 0 8 2018**

**Secretary of State**

Phone: (512) 463-5555
Prepared by: Sondra Hadley

*Come visit us on the internet at http://www.sos.state.tx.us/*
Fax: (512) 463-5709
TID: 10956

Dial: 7-1-1 for Relay Services
Registration #: 807311630004

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

2. The drawing must depict the mark sought to be registered and will be used to reproduce the mark on the registration certificate.

The drawing submitted is not sufficient for these purposes. The drawing must be a substantially exact representation of the mark as actually used on or in connection with the goods and/or services. The actual drawing of the mark should be no larger than 3.15 inches (8 cm) by 3.15 inches (8 cm).

Sincerely,

Sondra Hadley
Corporations Section
Business & Public Filings Division
(512) 463-9760

---

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555            Fax: (512) 463-5709            Dial: 7-1-1 for Relay Services
Prepared by: Sondra Hadley            TID: 10956            Registration #: 807311630004

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

### Trademark Objection Letter
Date: July 17, 2018

Terry Reynolds
5050 Red Sands Court
El Paso, TX 79924 USA

Re: Trademark Legal Document
Mark:    "WE ARE TEXAS!"
Application Number: 802989018
Class:    Clothing: Class 25 [25]

This office has received and reviewed the above referenced document. The review reveals the following objections to registration or to the filing of the document. To reply, please enclose a copy of this letter or refer to the mark and reference number provided. **A complete reply to these objections must be received in this office within 90 days from the date of this letter unless an earlier date is specified below. In the case of an application for registration, the failure to respond within the time specified will result in the abandonment of the application.**

1. By law, we cannot register a mark that is merely descriptive of Applicant's goods or services. Tex. Bus. & Com. Code sec. 16.051(a)(5)(A). A mark is ""merely descriptive"" if it describes one significant function, attribute, or property of the goods or services.

    We find that Applicant's mark is merely descriptive because TShirts for Texas residents.

    Even if Applicant were to overcome any other objections to the application, the application could not be filed without overcoming this objection.

Sincerely,

Dianne Gattuso
Corporations Section
Business & Public Filings Division
(512) 463-9760

Phone: (512) 463-5555
Prepared by: Dianne Gattuso

*Come visit us on the internet at http://www.sos.state.tx.us/*
Fax: (512) 463-5709
TID: 10956

Dial: 7-1-1 for Relay Services
Registration #: 807311630005

Terry Reynolds
5050 Red Sands Court
El Paso, Texas 79924


Re: Trademark Legal Document
Mark: "WE ARE TEXAS!"
Application Number: 802989018
Class: Clothing Class 25 [25}

Dear Mrs. Gattuso,

It was a pleasure talking with you this morning. I don't know why I put T-shirts for Texas residents. Here is the official description for my brand. I hope this will suffice. ☺ How long do you think it will take to be published? Please let me know if there are any other problems. Have an Amazing Day!

Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps,

Sincerely,

Terry Reynolds
(512) 850-0489


# RECEIVED

## JUL 2 3 2018

## Secretary of State

Hello Sondra,

Thank you so much for your time and patience. Here is the 3" by 3" copy of our stylized font (college sketch), "We are Texas!". I hope this will suffice. Please call me on Monday when you receive this fax.

Have an Amazing Day! ☺

Terry Reynolds  512.850.0489

**RECEIVED**

JUN 1 1 2018

**Secretary of State**

**NO CREDIT CARD INFORMATION**



[ tshirt back ]

"WE ARE TEXAS!"

[ tshirt back ]



# EXHIBIT F

Home | Texas Towel Store



[0 items / $0.00](#)
[Texas Towel Store](#)

## Featured Products

-

**Texas Towel**

**$9.99**



[0 items $0.00](#)

## Shop

- [All Products](#)
- Search...

## Pages

- [Contact](#)
- [Back to Site](#)

© 2018 Texas Towel Store. [Online Store by Big Cartel](#)

# Texas Towel Store

## Featured Products



Texas Towel
$9.99

0 items    $0.00

### Shop
All Products
Search...

### Pages
Contact
Back to Site

© 2018 Texas Towel Store. Online Store by Big Cartel

# EXHIBIT G




**Free Shipping on all orders.**

## "We are Texas!"

Find Your Fashion Match

**SHOP NOW**

"We are Texas!"

## Featured Products



Save 17%

"We are Texas!" Orange and White

~~$29.99~~ $24.99



Save 17%

"We are Texas!" Hot Pink shirt

$29.99  $24.99

[More options]



Save 17%

"We are Texas!" Maroon and White

$29.99  $24.99





Save 18%

"We are Texas!" Black cap[

$21.99  $17.99

Save 17%

"We are Texas!" Green and Yellow!

$29.99 $24.99

[More options]



Save 18%

"We are Texas!"

"We are Texas!" Red Cap

~~$21.99~~ $17.99

View All Products

## Keep In Touch

Email Address

**SIGN UP**



---

{"blocks":[{"key":"3vgg4","text":"Copyright © 2018 "We are Texas!" - All Rights Reserved.","type":"unstyled","depth":0,"inlineStyleRanges": [],"entityRanges":[],"data":{}}],"entityMap":{}}

Powered by GoDaddy GoCentral Website Builder

Free Shipping on all orders.

HOME    ABOUT US    SHOP    CONTACT US





"We are Texas!"

Find Your Fashion Match

SHOP NOW

## Featured Products



Save 17%

"We are Texas!" Orange and White

$29.99  $24.99



Save 17%

"We are Texas!" Hot Pink shirt

$29.99  $24.99

[More options]



Save 17%

"We are Texas!" Maroon and White

$29.99  $24.99



Save 18%

"We are Texas!" Black cap[

$21.99  $17.99



Save 17%

"We are Texas!" Green and Yellow!

$29.99  $24.99

[More options]



Save 18%

"We are Texas!" Red Cap

$21.99  $17.99

View All Products

**Keep In Touch**  Email Address    **SIGN UP**



{"blocks":[{"key":"3vgg4","text":"Copyright © 2018 "We are Texas!" - All Rights Reserved.","type":"unstyled","depth":0,"inlineStyleRanges":[],"entityRanges":[],"data":{}}],"entityMap":{}}

Powered by GoDaddy GoCentral Website Builder

# EXHIBIT H





Email or Phone          Password

Sign Up                                                                        Log In

                                                                 Forgot account?

**Carbon Reynolds**
October 27 at 8:12 PM ·

If we win, buy 1 get one FREE. If you order after the game.
Http://longhorn-ville.com



English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018



Email or Phone

Password

**Sign Up**

**Log In**

Forgot account?

**Carbon Reynolds** added 2 new photos.

October 27 at 2:56 PM ·

Http://longhorn-ville.com



English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

+

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018





Carbon Reynolds - Texas Pride starts here. 3 day delivery... | Facebook

**Carbon Reynolds**
October 27 at 12:39 AM ·

Texas Pride starts here. 3 day delivery.

Http://longhorn-ville.com



3 Likes  1 Share



Carbon Reynolds - Show your Texas Pride in YOUR... | Facebook

facebook    Sign Up

Email or Phone      Password

Log In

Forgot account?

**Carbon Reynolds**
November 16 at 8:39 AM · GoDaddy Social · 🌐

Show your Texas Pride in YOUR "favorite" colors! And get one for a friend. 🙂

There's one thing we don't lack in Texas... PRIDE There's 49 States and well... 🙂 "We are Texas!" 🙂 "Strength through Knowledge!"



WEARETEXAS.ONLINE
**Find Your Fashion Match**
Visit us to look your best!

↪ **Share**

English (US) · **Español** · **Português (Brasil)** · **Français (France)** · **Deutsch**

+

**Privacy** · **Terms** · **Advertising** · **Ad Choices** ▷ · **Cookies** · **More** ▾
Facebook © 2018

### See more of Carbon Reynolds on Facebook

**Log In**    or    **Create New Account**



See more of Carbon Reynolds on Facebook

Log In    or    Create New Account

Case 1:18-cv-00182-LY    Document 37    Filed 12/14/18    Page 240 of 247



**Carbon Reynolds**
October 14 at 4:31 PM · 🌐

We were weak..... But now "We are Strong!" Help us Show the Team ourTexas Pride. Get one NOW @
http://longhorn-ville.com



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018





Email or Phone

Password

Log In

Forgot account?

**Carbon Reynolds** added 2 new photos.

Yesterday at 9:40 AM ·



English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018





**Carbon Reynolds**
3 hrs · 🌐

Some FANS believe it can happen. Some know it will! Take your towel to every game. 😊 Get one NOW!



TEXASTOWEL.BIGCARTEL.COM
**Home**
We make RALLY towels to excite and energize football fans. (Like the…

Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷·
Cookies · More ▾
Facebook © 2018





**facebook** Sign Up

Email or Phone

Password

Log In

Forgot account?

**Carbon Reynolds**
22 hrs · 🌐

Click to listen or goto
Http://austinmusic.live



JOEBLANDA.HEARNOW.COM
**I'm a Longhorn!**
Joe Blanda is a "Texas EX" Country Folk center, who lives in Austin, Texas

↪ **Share**

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

+

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018

