IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:18-cv-00182-LY |
| TERRY CARDELL REYNOLDS, | § § § | |
| Defendant. | § § § | |

## NOTICE OF APPEAL

Notice is hereby given that Terry Cardell Reynolds (DEFENDANT) in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from an order canceling the Defendants' state registration of "We are Texas!" and canceling its federal application for its published mark "We are Texas!". The order also included granting the Board of Regents of the University of Texas Systems' (PLAINTIFF) attorney fees in the amount of $347,000 entered in the action on the 5th day of June, 2020.

July 5, 2020

/s/Terry Cardell Reynolds
Terry Cardell Reynolds
Defendant Pro Se
5050 Red Sands Court
El Paso, Texas 79924
carbonrey@yahooo.com
512.850.0489

## CERTIFICATE OF SERVICE

I, Terry Cardell Reynolds, Defendant pro se, do here by certify that on the

5th  Day of July, 2020, a true and correct copy of the foregoing
notice was forwarded to Stephen P. Meleen, the attorney for Plaintiff by U.S. Mail at the
following address:

>    Pirkey Barber PLLC
>    600 Congress Avenue
>    Suite 2120
>    Austin, TX 78701
>
>    By: s/Terry Cardell Reynolds/
>    Terry Cardell Reynolds
>    Dated: July 5, 2020
>    Dated: July 5, 2020