# United States Court of Appeals for the Fifth Circuit

**FILED**

November 10, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jay Vicha_____
DEPUTY

_____

No. 20-50549

_____

**A True Copy**
**Certified order issued Nov 10, 2020**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,

*Plaintiff—Appellee,*

*versus*

TERRY CARDELL REYNOLDS, *doing business as* LONGHORNVILLE LIMITED,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:18-CV-182

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 10, 2020, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Lisa E. Ferrara*

By: _____

Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2